AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

CAROLYN SMITH, SHAQUITA McCOMB, BONITA BLAKE, SANDRA SANDERS & JAMES ELLIS, JR.

*Plaintiff(s)*

v.

JAMES E. BAILEY, In his individual capacity and in his official capacity as Sheriff of Jefferson County, MS and Director of the Jefferson-Franklin Regional Correctional Facility

*Defendant(s)*

Civil Action No. 5:24cv72-DCB-ASH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JAMES E. BAILEY
Jefferson County Sheriff Department/Jefferson-Franklin Regional
Correctional Facility
244 Mississippi 33
Fayette, MS 39069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  CARROLL RHODES, ESQ.
The Law Offices of Carroll Rhodes
Post Office Box 588
Hazlehurst, MS 39083

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: JUL 24 2024

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* James E. Bailey
was received by me on *(date)* 7-26-2024.

☒ I personally served the summons on the individual at *(place)* 244 Mississippi 33 Fayette, MS on *(date)* 7-26-2024; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 45.00 for travel and $ 40.00 for services, for a total of $ 85.00.

I declare under penalty of perjury that this information is true.

Date: 7-26-2024

*Jimmy Dale White*
Server's signature

Jimmy Dale White  Constable
Printed name and title

1016 Edwin Lane Hazlehurst, MS
Server's address

Additional information regarding attempted service, etc: