AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi ▼

| | |
|---|---|
| CAROLYN SMITH, SHAQUITA McCOMB, BONITA BLAKE, SANDRA SANDERS, & JAMES ELLIS, JR. <br><br> *Plaintiff(s)* <br> v. <br> JEFFESON COUNTY, MISSISSIPPI <br><br> *Defendant(s)* | Civil Action No. 5:24cv72-DCB-AS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    JEFFERSON COUNTY, MISSISSIPPI
    c/o Serena King, Chancery Clerk for Jefferson County, MS
    1483 Main Street
    Fayette, MS 39069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    CARROLL RHODES, ESQ.
    The Law Offices of Carroll Rhodes
    Post Office Box 488
    Hazlehurst, MS  39083
    Telephone:  (601) 894-4323

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: JUL 24 2024          *Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jefferson County, Mississippi c/o Ms. Serena King, Chancery Clerk

was received by me on *(date)* July 26, 2024

☒ I personally served the summons on the individual at *(place)* 1483 Main St. Fayette, MS on *(date)* July 26, 2024 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 45.00 for travel and $ –0 for services, for a total of $ 45.00  ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: July 26, 2024

Jimmy Dale White
*Server's signature*

Jimmy Dale White   Constable
*Printed name and title*

1016 Edwin Lane  Hazlehurst, MS
*Server's address*