# Carolyn Smith, et al. v. Jefferson County, Mississippi, et al.

## Sandra Sanders

## April 18, 2025

All depositions & exhibits are available for downloading at
<<www.brookscourtreporting.com>>
Please call or e-mail depo@brookscourtreporting.com if you need a
**Username** and **Password.**



**Mississippi - Louisiana - Tennessee - New York**
**1-800-245-3376**

EXHIBIT 1

Sandra Sanders 4/18/2025

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


CAROLYN SMITH, ET AL
                  PLAINTIFFS


V.       CIVIL ACTION NO. 5:24-CV-0072-DCB-ASH


JEFFERSON COUNTY,
MISSISSIPPI, ET AL
                  DEFENDANTS


DEPOSITION OF SANDRA SANDERS


Taken at the instance of the Defendants at the Law
Offices of Carroll Rhodes, 119 Downing Street,
Hazlehurst, Mississippi 39083, on Friday,
April 18, 2025,
beginning at 1:11 p.m.


REPORTED BY:

ROBIN G. BURWELL, CCR #1651

Sandra Sanders 4/18/2025

```
                                              Page 2
 1      APPEARANCES:
 2
 3         CARROLL RHODES, ESQ.
           Law Offices of Carroll Rhodes
 4         Post Office Box 588
           Hazlehurst, Mississippi 39083
 5         crhode@bellsouth.net
 6
              COUNSEL FOR PLAINTIFF
 7
 8
           THOMAS L. CARPENTER, ESQ.
 9         Wise, Carter, Child & Caraway
           2510 14th Street, Suite 1125
10         Gulfport, Mississippi 39501
           tlc@wisecarter.com
11
12            COUNSEL FOR DEFENDANT
13
14      ALSO PRESENT:
15         Carolyn Smith
           Shaquita McComb
16         James Ellis, Jr.
```

```
                                              Page 3
 1                   INDEX
 2      Style.........................1
 3      Appearances...................2
 4      Index  .......................3
 5      Certificate of Deponent  ..................44
 6      Certificate of Court Reporter .............45
 7              EXAMINATIONS
 8      Examination By Mr. Carpenter ...............4
 9      Examination By Mr. Rhodes .................33
10      Examination By Mr. Carpenter ..............40
```

```
                                              Page 4
 1             SANDRA SANDERS,
 2  having been first duly sworn, was examined and
 3  testified as follows:
 4  EXAMINATION BY MR. CARPENTER:
 5      Q.  Ms. Sanders, I'm Tom Carpenter.  Of
 6  course, by now you know me.
 7      A.  Yeah.
 8          MR. CARPENTER:  And we can do the usual
 9  stipulations?
10          MR. RHODES:  Yeah.
11          MR. CARPENTER:  And read and sign?
12          MR. RHODES:  Yeah.
13      Q.  (By Mr. Carpenter)  What's your first
14  name?  We can already get started.
15      A.  Sandra Sanders.
16      Q.  Yes, ma'am.
17          And what is your address?
18      A.  PO Box -- you want the mailing or the
19  physical?
20      Q.  Physical address.
21      A.  18030 Highway 61.
22      Q.  That's in?
23      A.  Fayette 39069.
24      Q.  Okay.  And where are you currently
25  employed today?
```

```
                                              Page 5
 1      A.  Jefferson County School District.
 2      Q.  And what do you do there?
 3      A.  It's like a facilitator.  It's dual
 4  enrollment.
 5      Q.  Got it.
 6          And how much does that earn per hour?
 7      A.  I don't know because we get paid a
 8  month.
 9      Q.  That will work.
10      A.  1591, that's before taxes.
11      Q.  And when you left as a correctional
12  officer at The Facility, what were you making
13  December of '23?
14      A.  $10.
15      Q.  And when did you start with the
16  Jackson -- I keep saying that -- the Jefferson
17  School District?
18      A.  I always kept two jobs because that
19  didn't pay enough to cover my bills.
20      Q.  So while you were working in Jefferson
21  School District, you were also working at The
22  Facility?
23      A.  Uh-huh.  (Affirmative response.)
24      Q.  Did you find another job since then or
25  you just working the one?
```

Sandra Sanders 4/18/2025

Page 6

1    A.  Just was working that one.
2    Q.  Okay.  And I've got your educational
3  background.  You have a master's degree?
4    A.  Uh-huh.  (Affirmative response.)
5    Q.  What is your --
6        MR. RHODES:  You have to yes.
7        THE WITNESS:  Yes, sir.  I'm sorry.
8    Q.  (By Mr. Carpenter)  That's okay.
9    A.  You know, we're full now.
10   Q.  That's right.  So your bachelor's degree
11 is Alcorn?
12   A.  Uh-huh.  (Affirmative response.)
13   Q.  And what is that?
14   A.  My bachelor's -- yes, sir.  My
15 bachelor's degree is in criminal justice.
16   Q.  And what is your master's in?
17   A.  Workforce leadership.
18   Q.  And there was something about a MAT?
19   A.  MAT, that's for teachers license.  I got
20 that at Belhaven.
21   Q.  That's what I was thinking.
22       And is that -- is your licensure for
23 secondary education, like high school or is it --
24   A.  It was from 7 to 12th.
25   Q.  And when -- of course, you were working.

Page 7

1  And I know you had two jobs.  Did you just decide
2  not to keep doing two jobs because it was
3  stressful or --
4    A.  Well, I was depressed behind, you know,
5  losing the job there, and then -- so, you know --
6  because that was after Christmas and this and
7  that.  And then so as I was getting to the age of
8  retiring, I looked into that.  So I said that if I
9  do that, then that probably will make up for what
10 I lost at the prison.
11   Q.  I understand.  Absolutely.
12   A.  So I talked to them, and sure enough
13 that could balance out from what I lost at the
14 prison.
15   Q.  Okay.  All righty.
16   A.  I mean, it wasn't as much but it still
17 balanced out where it wouldn't be -- you know, I
18 still needed two incomes.
19   Q.  Right.  Exactly.
20       And as I was saying to everybody else,
21 since this isn't going out on public perspective,
22 how old are you now?
23   A.  63.
24   Q.  Well, I'm 60, so I'm getting there.  And
25 so when you said income replacement, I'm thinking

Page 8

1  that too.  It is not science fiction anymore that
2  I might get Social Security.
3    A.  That's right.
4    Q.  All righty.  And then we'll talk about
5  medicals.  And so as far as the results of what
6  happened at The Facility, you're able to do the
7  work that you're doing in the School District,
8  though, without any difficulty?
9    A.  I can do it.  It's not stressful.  I
10 mean, it can be, but...
11   Q.  Going to the complaint.  What we have is
12 that you started work with The Facility in 2016?
13   A.  Yes, sir.
14   Q.  And were there until the end of '23?
15   A.  Yes, sir.
16   Q.  Okay.  And you mention in paragraph 78
17 that you support Shawn Jones, and you allowed him
18 to place a campaign sign for sheriff in your yard?
19   A.  Well, I put the sign -- allowed him to
20 put the sign in the yard.  It didn't state whether
21 or not -- who I voted for.
22   Q.  Exactly.
23   A.  It's just that I gave him permission to
24 put his sign in my yard.  I mean, even though I
25 voted for him, but that not...

Page 9

1    Q.  Now, because one of the things is the
2  support you gave for Shawn.  And of course, you
3  allowed him to have a sign.  But the sheriff
4  didn't know who you were voting for?
5    A.  Right.
6    Q.  And so other than just having the sign
7  in the yard, did you do anything else?
8    A.  No.
9    Q.  Fair enough.  And so then in paragraph
10 79 it says Sheriff Bailey sent Major Felton to you
11 to complain about Shawn James{sic}?
12   A.  I don't know if he sent.  He just made
13 the statement at the job.  We was on the outside
14 in front of the prison.  He stated that the
15 Sheriff wasn't pleased with me because I had Shawn
16 Jones' sign in my yard.  And I told the Major, I
17 say he could put his sign in my yard because a
18 sign don't vote.
19   Q.  Right.  I've heard so many campaign
20 managers say that in the last four months, signs
21 don't vote.  So I do see what you mean.
22   A.  And he could have.
23   Q.  Right.
24       Did Sheriff Bailey say anything directly
25 about the sign?

Sandra Sanders 4/18/2025

Page 10

1    A.  No, but I approached him.
2    Q.  That's where we're going.  Because it
3 says in paragraph 81, "Sheriff Bailey subsequently
4 told Sandra Sanders that he needed her vote but
5 she let him know he supported Shawn for sheriff."
6       Is that what you were referring to?
7    A.  Well, pretty much.  When I -- when Major
8 told me about the sign, when I saw him again we
9 was, again, outside.  And I stated to him, I said
10 that you said that you had a problem with me, you
11 know, having Shawn's sign.  I said you could have
12 put a sign in my yard.  And then he was like -- I
13 said because a sign don't vote.  And he is my
14 classmate.  And he said, classmates, you are
15 right.  So I left it at that.
16       But, you know, after that he stopped
17 speaking and stuff like that.  Now, I heard rumors
18 of other things but I never knowed that, you know,
19 I was involved in it.  Because the rumors was --
20 and most of the time, as they call it, the street
21 committee, know more about what's going on than
22 the peoples that's actually working in The
23 Facility.
24    Q.  That's right.
25    A.  And normally you can -- you know, they

Page 11

1 say don't listen to hearsay, but sometime it
2 basically be true.  So on this hand it was.
3    Q.  And what were you hearing from
4 background from folks?
5    A.  It was just among the ones that was
6 working in The Facility and that he wasn't going
7 to rehire certain people.  You know, whether it
8 was because their family was running for something
9 or whatever and they was saying that he said that
10 he know who voted for him and who didn't.  So by
11 me working on the election poll for election, I'm
12 like how is it possible that he know what each
13 individual and who voted for who.  I can't see --
14 I've never knowed that, and I've worked on the
15 election poll for years and I never knowed that
16 you'll be able to tell me oh, Sandra you didn't
17 vote for me because I see it on this doc -- you
18 see what I'm saying?
19    Q.  Yeah, and you can't.  You're absolutely
20 right.
21    A.  So you can't.  So I said if he told you
22 that, then he's lying.  He do not know each
23 individual, unless they take those, what it is,
24 the ones -- the absentee votes.  Now, if they look
25 at those peoples and then they look at who on that

Page 12

1 envelope, they can probably say that person.  But
2 others that's going to that machine, they cannot
3 determine or say.  You don't have no proof who I
4 voted for.
5    Q.  So essentially when you went back and
6 you talked to -- you say you talked to the Sheriff
7 or you talked to Major Felton?
8    A.  I talked to the -- I went to him and
9 told him that he could have put a sign in my yard.
10    Q.  And that "him" is the Sheriff?
11    A.  The Sheriff.  I told Sheriff Bailey that
12 he could put a sign in my yard because -- and he
13 was like -- all he said was you right, classmate.
14    Q.  And was there anything else said by the
15 Sheriff about the election, other than your
16 recollection of that?
17    A.  No more than when they had the mandatory
18 meeting.
19    Q.  And do you know when the mandatory
20 meeting was?
21    A.  Huh-huh.  (Negative response.)
22    Q.  Sometime in '23?
23       MR. RHODES:  No.
24       THE WITNESS:  No -- I mean, yes, no.
25 No.

Page 13

1    Q.  (By Mr. Carpenter)  And of course
2 Ms. McComb stated who was in that particular
3 meeting, the mandatory meeting.
4    A.  It's the same.
5    Q.  Was that the list --
6    A.  Uh-huh.  (Affirmative response.)  The
7 same peoples, and more.
8    Q.  And what do you recall about what was
9 said?
10    A.  Oh, I could remember it pretty -- he was
11 saying that we needed to have his back and that --
12 he said that we needed to support him in his
13 election coming up.  We needed to have his back.
14 He told us that he was trying to get a certain
15 amount of money for each individual inmate.  And
16 he just went on and on.
17       But I know because I responded to his
18 remarks because I told him, "You want us to
19 support you now and the last four years you
20 haven't supported us or had our back.  So why
21 should we have your back?"  I said, "You told us
22 that you was going to give us a raise."  I said,
23 "In these last fours you haven't gave us a raise."
24 I said, "Not a nickel, a penny, a quarter,
25 nothing."  I said, "You haven't gave us anything.

4 (Pages 10 to 13)

Sandra Sanders 4/18/2025

Page 14

 1  But here you're saying now."
 2      So he kind of got, like, mad at me
 3  because I was telling him that. Like I told him,
 4  you said, "You was going to give us a raise. You
 5  didn't say how you was going to give us a raise,
 6  what was it going to take to get the raise. I'm
 7  going by what you're saying. Now you're standing
 8  here again, another four years, wanting us to vote
 9  for you when you haven't did nothing for us in the
10  last four years." That's what I told him.
11      Q.  And what was his response?
12      A.  Got red. And A lot of peoples after the
13  meeting say, "You know you made him mad." I mean,
14  closed mouths don't get fed.
15      Q.  Right.
16      A.  I just was going by what he told us.
17  But here you coming again wanting us to support
18  you, but you haven't did anything for the -- you
19  know, the prison. You talked about -- he also
20  talked about -- well, that's another story.
21  That's with the interview.
22      Q.  Okay. And we're going to probably get
23  to that next. But between that discussion at the
24  mandatory meeting, was the next time he talked to
25  you about -- at the pre-interview or did he say

Page 15

 1  anything about the election between those two
 2  times?
 3      A.  Not until the interview, which wasn't no
 4  interview.
 5      Q.  Tell me about that. Who was there?
 6      A.  Nobody but him, which I had never seen
 7  before.
 8      Q.  Okay. And what happened?
 9      A.  He told me to come in, sit down, this
10  was a mandatory meeting. And then he started
11  talking about he had already rid of some peoples
12  and the people that had resigned or quit, they was
13  for Sheriff Walker. He stated that -- he talked
14  about some guy I didn't even know who he was. He
15  was on the police department, I want to say. I
16  can't remember. Because the police and the
17  Sheriff departments, they worked together. So I
18  don't know who the guy was. He was talking about
19  he was stealing time. He found out that he
20  wasn't -- he was supposed to be at work and he was
21  at home but he wants peoples that's going to
22  support him in his election. And he just went on
23  and on and on. It was at a point that I pretty
24  much, to be honest, I blocked him out. Because
25  the interviewer going to ask you what's your name,

Page 16

 1  where you see yourself in five years, what is your
 2  weakness, what is your strength. You know what
 3  I'm saying? I done did interviews enough to know
 4  none of those questions was asked in this
 5  so-called interview.
 6      Q.  So it was essentially him telling you
 7  everything and not asking anything from you?
 8      A.  Not asking anything.
 9      Q.  All right. In that discussion coming to
10  you, did he mention -- you had mentioned something
11  about he had gotten rid of some. Did he say why
12  he got rid of them?
13      A.  No. They had resigned. I think it was
14  like the Major -- not the Major. The Warden had
15  left, Nurse Lee, Deputy Warden and the Captain.
16      Q.  Gotcha.
17      A.  And it's somebody else I can't think of.
18  But the ones that had already resigned, they name
19  was -- the street committee had they names, that
20  they would be with us, terminated. But by them
21  having years already in, they didn't, you know --
22  they went on and resigned.
23      Q.  Okay.
24      A.  I guess you would call it resigned, or
25  retired or something. But they had heard that

Page 17

 1  they name was in there as well. But they had the
 2  years and the -- some of them had the years and
 3  the age and some of them just had the years for --
 4  as retirement or whatever.
 5      Q.  I follow you. Absolutely.
 6      And so after the interview, did you ever
 7  talk with the Sheriff again?
 8      A.  No more than -- no, I didn't even talk
 9  to him after I got my papers. Because they let me
10  come to work that night.
11      Q.  Right. And what happened in terms of --
12  did you file a grievance?
13      A.  Yeah, but we caught the devil.
14      Q.  You said you copied?
15      A.  Caught the devil.
16      Q.  Okay. What happened?
17      A.  Well, when we got the paper -- he gave
18  us the paperwork. So when I got fired -- like I'm
19  saying, it's after the holidays.
20      Q.  Right.
21      A.  Everybody broke and, you know -- what
22  they say; it takes six months to pay the bills
23  after Christmas, or whatever the saying go.
24      Q.  That's right.
25      A.  So when they gave me the papers I was at

5 (Pages 14 to 17)

Brooks Court Reporting
1-800-245-3376

Sandra Sanders 4/18/2025

Page 18

1  home. By right, like I say, they do what they
2  want to do. I wasn't even really supposed to --
3  they wasn't even supposed to allow me on the
4  premises at the prison. But they allowed me to
5  work but I only came there because in my mind I'm
6  already, you know, thinking about, okay, I've got
7  to see if all of this is right; is what they doing
8  to us right. In my mind I was looking. I went
9  there to look for the handbook. That's my whole
10 12 hours. I was looking for the handbook to make
11 sure that what they was doing was legal.
12     But then after that they was like, "If
13 he fired you, why did you go to work?" I said, "I
14 had a purpose." So after that, some kept on
15 telling me, "You got a handbook; you have a
16 handbook."
17     But anyway, far as the grievance go,
18 they was telling us you got to go this place.
19 They was having us running this place, running
20 that place. So somebody told us to go with
21 Lieutenant, which is Carolyn. She had somebody
22 telling her what to do. So she was helping the
23 rest of us. So we made up our own grievance. And
24 by the time -- time was running down with the
25 grievance because we had a certain amount of time

Page 19

1  to give it in. I mean to, you know, pursue it.
2     So by that time, when we got all our
3  grievance did, we did it on paper. Here you come
4  maybe some months later, which it wouldn't have
5  been no good, you sending us a certified grievance
6  letter. When I found the handbook, the handbook
7  fully states right there in the handbook there go
8  a grievance and who you're supposed to contact in
9  the handbook.
10     Q. Right.
11     A. But why would you give us the run-around
12 when it's in the handbook what we're supposed to
13 do. But nobody could tell us nothing. Everybody
14 we went to -- we went to the Sheriff; we went to
15 Major Felton, because he was the one acting as
16 warden then.
17     Nobody told us what to do, so that's why
18 we had to do a handwritten grievance. We even
19 went to the, what, board of supervisors.
20     Q. What happened with that?
21     A. Nothing. They was like sorry that that
22 happened to us. But your name on our checks.
23 Board of supervisors is on our checks but they
24 couldn't help us.
25     Q. And from that period -- okay. I'm

Page 20

1  following it. And now I'm just going through some
2  interrogatories to make sure that I've got
3  everything.
4     During the -- in medicals, because I
5  know I asked this of Ms. Blake, and that's where I
6  was -- but I was focusing more, I guess -- do you
7  recall any instances where you were having any
8  medical problems?
9     A. When they did some tear gas and I had
10 to --
11    Q. Sure.
12    A. And they didn't know what was going on.
13    Q. What happened?
14    A. I didn't know they had did no mace, or
15 whatever they did. And they had put it in there.
16 And by me being in a confined room, I didn't think
17 that it would have came up in there where I was.
18 And I just started gasping and coughing and
19 whatever, whatever. And I think I -- I want to
20 say I passed out.
21    Q. Gotcha. When was this, if you recall?
22    A. I can't tell you no dates.
23    Q. Was it -- and I know not particular.
24 But was it in '22, '23 maybe, if you know?
25    A. I can't say.

Page 21

1  Q. Did the ambulance come out?
2  A. They did.
3  Q. And what did they do?
4  A. They just wanted to check me to make
5  sure that I was okay and they told me that I could
6  refuse to not go with them, which I did because
7  that would have just been an extra bill. You
8  know, once they was saying that I was okay or
9  whatever, nothing major that I had to go to the
10 emergency room for. And then it was just -- I
11 found out that it was in the tear gas.
12    Q. Got it. Okay.
13       Other than that one instant with tear
14 gas, has there been any other incidence when you
15 had a medical emergency with work?
16    A. Been so long ago. I mean, I've been off
17 with an inmate and something happened to me.
18    Q. Okay. What was that?
19    A. We was at the emergency room with an
20 inmate and I wind up in ICU.
21    Q. And what happened?
22    A. I coded twice and they said I had had a
23 heart attack.
24    Q. Okay. Do you know about how many years
25 ago that was?

6 (Pages 18 to 21)

Sandra Sanders 4/18/2025

**Page 22**

1  A. It should have been like -- like '18 or
2  '19.  2018, 2019.
3  Q. Okay. Other than -- and of course, this
4  is what we call a grab bag question so we make
5  sure we got the question asked. Other than what
6  we've discussed, were there other conversations
7  you had with Sheriff Bailey? Have we missed any
8  conversations?
9  A. Huh-huh. (Negative response.) No,
10 because he try to stay out your way.
11 Q. All right. Do you know how many times
12 you visited a doctor because of anxiety and
13 depression from this particular incident with The
14 Facility?
15 A. Maybe twice, because I seen Dr. Omolara.
16 I told him about it, which I see him anyway. But
17 it was just to the point that before I got my
18 second -- before I started getting my money from
19 my Social Security, it was only one income and
20 that was kind of like stressing you out, because
21 all of a sudden you only have one income and you
22 got the stress, paying all of your bills and
23 household goods and stuff like that. So that was
24 kind of stressful. But at the same time, I still
25 had family members helping me to, you know, pay

**Page 23**

1  certain stuff.
2  Q. Exactly. Okay.
3  Had you ever been -- I mean, other
4  than -- with the heart attack, you were on the
5  job. I mean, you were at the hospital escorting a
6  patient?
7  A. Uh-huh. (Affirmative response.) But
8  that was just -- uh-huh. (Affirmative response.)
9  Q. Absolutely. Have you ever been
10 physically injured in the last five years, like
11 truck accidents or -- like Ms. McComb with her
12 logging accident?
13 A. No, sir.
14 Q. Okay. I've got some medical records.
15 As you can tell, there ain't a lot of them so this
16 won't take long. But I wanted to -- there's one,
17 and these are documented. This is from Bounds
18 Family Medicine. You recall seeing Nurse Bounds
19 there?
20 A. Uh-huh. (Affirmative response.)
21 Q. Okay. And we'll take that for a yes.
22 A. Yes. I'm sorry. I'm so sorry, yes.
23 Yes.
24 Q. That's all right. You're doing just
25 fine.

**Page 24**

1  Now, this one was from August 29th of
2  2022, and it indicates that, according to Nurse
3  Bounds, you had anxiety and depression in past
4  medical history; is that correct?
5  A. Yes, sir.
6  Q. And that you had had -- you'd had -- I
7  know I'm going to get it out right. This would
8  have been in '22, so you would have had your heart
9  attack in 2018 or '19?
10 A. Yes, sir.
11 Q. And who was -- how were you being
12 treated for that in terms of preventing another
13 one?
14 A. Talking about now or whatever? I have
15 the pacemaker defibrillator. Which I've had some
16 episodes, but I have a ICD.
17 Q. And when did you have that installed or
18 implanted?
19 A. During that time. Along the time
20 that -- before I left the hospital.
21 Q. So by August '22 you had it in planted?
22 A. Yes, sir.
23 Q. They indicate -- this is Nurse Bounds
24 saying, "Complex Regional Pain Syndrome." And
25 that's a medical term that we would know for

**Page 25**

1  personal injury. It's pain in the left upper
2  extremity, so that would be up in this area?
3  A. Right here (indicating)?
4  Q. Yes, ma'am. Without them saying what
5  exactly it is.
6  A. Yes, sir.
7  Q. Do you recall having issues with that?
8  A. Yes, sir.
9  Q. And it looks like they were giving you
10 Naproxen for that?
11 A. Yes, sir.
12 Q. And I note with the anxiety and
13 depression and insomnia -- how long ago did that
14 start from 2022? Because I'll show you what we're
15 looking at. And I guess my question would be:
16 Can you say when these conditions started, that
17 you started experiencing issues with them?
18 A. After I had my episode with the --
19 getting used to the device being in me. That was
20 life changing.
21 Q. Sure.
22 A. Yeah, during that time.
23 Q. And then skipping ahead to October of
24 '23. So we're still before -- you're still
25 working at The Facility. And in this case you had

Sandra Sanders 4/18/2025

Page 26

1  come and they were saying that you were having
2  acute intractable headache. Do you recall having
3  anything like migraines or anything?
4      A.  Uh-huh. (Affirmative response.) I have
5  migraines. Yeah.
6      Q.  And they had given you medication for
7  that?
8      A.  Yep, and they didn't -- they upped the
9  dosage on that.
10     Q.  Right.
11     A.  Stress.
12     Q.  Exactly. So you were having stress as
13 well at that period of time?
14     A.  Uh-huh. (Affirmative response.)
15     Q.  Yes, ma'am.
16     A.  Yes, sir.
17     Q.  Everybody's telling you to say yes.
18        THE WITNESS: I'm like you, Mr. Rhodes;
19 I'm getting sleepy.
20     Q   (By Mr. Carpenter) And this one is the
21 last one -- medical record while you were working
22 at The Facility. And this one is essentially on
23 12/11 of '23. And it's indicating that you were
24 having issues with edema, or swelling of a leg?
25     A.  Oh, yeah. That would be the fluid.

Page 27

1      Q.  Okay. Is that related to your
2  hypertension and heart issues?
3      A.  Yes, sir.
4      Q.  And at that time they also indicated
5  that you were being treated with medication for
6  depression, unspecified. Do you recall?
7      A.  Where are we looking?
8      Q.  Right here?
9      A.  Yes, sir.
10     Q.  And what was causing depression in
11 December of '23, before you were let go?
12     A.  The same thing.
13     Q.  Okay. And that's your heart condition,
14 essentially?
15     A.  Well, you've got to get use to this pace
16 -- you know, when you're taking a bath and you're
17 rubbing on something.
18     Q.  Oh, yeah, absolutely. My dad had one so
19 I know what you're saying.
20        This note is from February of '24. So
21 this would be a couple of months after you had
22 left The Facility. At that time, were you -- you
23 had been previously diagnosed with depression, but
24 was it getting worse?
25     A.  Yes, sir.

Page 28

1      Q.  Did you let Nurse Bounds know that hey
2  --
3      A.  Yes, sir. I let him know because he --
4  I don't know what the name of the medicine was,
5  because I told him that it still was at the point
6  where I wasn't being able to sleep. But I done
7  forgot the name of the medicine. He added to it,
8  but I didn't -- I took it but I didn't take it
9  long. I just -- I don't know what happened. I
10 took it -- it didn't seem like it was working and
11 that was the only thing that he was going to give
12 me because I already had other medication.
13     Q.  Right.
14     A.  And then sometime I don't be wanting to
15 take all of that medicine because at the same
16 time, I don't want to get addicted to it.
17     Q.  Right. I understand. Absolutely.
18        And so it looked like for this visit in
19 February you were there for COVID-19, which was
20 still an issue?
21     A.  Uh-huh. (Affirmative response.)
22     Q.  And for someone like you, with heart
23 issues, COVID's a lot more than just an average
24 flu anymore?
25     A.  Yeah, underlying health.

Page 29

1      Q.  Absolutely.
2         And then this one is a whole year later.
3  And it might be the last one. I'll check. One
4  more.
5         So in this case, it looks like that you
6  were taking Alprazolam for anxiety in February of
7  '25. Because I'll show you these medical. And I
8  was going to ask you -- this would have been a
9  year and two months after working for The
10 Facility.
11        Were you having additional anxiety at
12 the time or was this the doctor saying I'm
13 noticing this and you should take Alprazolam?
14     A.  They noticed in the -- what I was going
15 through, and I'm still adjusting like anybody else
16 with the adjustments with the job and stuff. Like
17 I say, I'm still not -- the money I was making at
18 the prison compared to what I was making at the
19 school is still not -- but it's better than
20 nothing. So I still have to worry -- I got bills.
21 It's just me. It's nobody but me. So my income
22 is my income. I don't have -- and I don't like to
23 ask anybody for anything else.
24     Q.  Sure.
25     A.  So it gets hectic.

8 (Pages 26 to 29)

Sandra Sanders 4/18/2025

Page 30

1  Q. I understand.
2  A. And then I still be really bothered with
3  the -- just the other day I say I'm going to have
4  to ask can I go back and ask him -- because the
5  medication that they had me taking for my
6  migraines, they wanted me to up the dosage. But
7  that's like 400 milligrams, but it's still not --
8  I don't know if it's something triggering it. I
9  mean, I know it's the stress or whatever but the
10 medication that they had me to up the dose on,
11 they need to change it to something else.
12 Q. I'm following you.
13 A. Because if I didn't have the headaches,
14 I don't know -- I'd be all right.
15 Q. I understand.
16    And this one is essentially -- it looks
17 like the last visit's March 4th of '25. Do you
18 know if you've been do a doctor since then or a
19 nurse?
20 A. I have but it wasn't for -- it was just
21 to get my Vitamin D and my B-12 shots.
22 Q. Gotcha. And this one just looks like --
23 you were saying that this was a routine check-up,
24 but you were still having pain in your chest
25 because of the defibrillator implant?

Page 31

1  A. Okay. When this was?
2  Q. March 4th of '25, it looks like.
3  A. March the 4th. I'm trying to see.
4  That's probably because I did -- I just had my
5  battery replaced.
6  Q. There you go. Right. And that was
7  causing --
8  A. Yeah.
9  Q. That means you've got to go back in.
10 A. Yeah, because when I went to my doctor,
11 they didn't give -- when I left the hospital, they
12 didn't give me anything for pain. So that's with
13 Dr. Bounds, right?
14 Q. Yes, ma'am.
15 A. Yeah, and he told me that -- with my
16 condition, they should have at least gave me
17 something. Not to last a whole -- you know. But
18 he gave me a couple of pills to help with the pain
19 from that.
20 Q. Like tramadol?
21 A. I can't --
22 Q. Yeah, that's a good pain medi --
23 A. I don't be knowing the name of the
24 medicine. I think it might have been that. It's
25 probably on there. But he gave me the --

Page 32

1  Q. Yes, ma'am. It's right there. Yeah, we
2  knew Tramadol.
3  A. You know what, I just be taking the
4  medicine. It's sad, but I just take the medicine.
5  They prescribe it. If I don't keep a list, I
6  don't be knowing. I just be trying to feel
7  better.
8  Q. And in terms of the anxiety and
9  depression from being let go back in December of
10 '23, has it improved from then until now?
11 A. Yeah, because I can't -- kind of sort
12 of. But it's better. It's a whole lot better
13 because -- it's a whole lot, lot better. Because
14 when you got the -- your bills piling up and
15 then -- you know, it gets stressful because of
16 that. And then on top of that, like I said, it
17 was after the holidays, you know, when everybody
18 just -- and when you didn't know that -- if it was
19 something that you knew was fixing to happen, then
20 you probably could -- you prepare.
21    But with this job, anyway if I -- I
22 couldn't just make it off of the prion, just like
23 I couldn't make it off of the school. So I have
24 to have two incomes. So I just pray and keep
25 moving. That's what I have to do.

Page 33

1  Q. I understand. Absolutely. I think
2  that's all I've got, and we'll mark this as six.
3      MR. CARPENTER: Carroll?
4  EXAMINATION BY MR. RHODES:
5  Q. Just a couple.
6     Ms. Sanders already established that you
7  were having depression issues prior to getting
8  that termination letter in December 2023?
9  A. Yes, sir.
10 Q. After you received that termination
11 letter on December 31st, 2023, did your depression
12 get better, worse or stay the same?
13 A. It got worse.
14 Q. Okay.
15 A. It got worse. Because, like I said, it
16 was -- that was just like a ball getting -- a
17 baseball hitting me in my nose or face or
18 something.
19 Q. Could you tell us how it got worse?
20 A. Because here -- like I said, you got to
21 look at it. This was December the 31st. This is
22 after Christmas holidays. And then you get your
23 last pay and you got bills to -- you know what I'm
24 saying? You got bills that you got -- the bills
25 constantly rolling but you don't have no income

Brooks Court Reporting
1-800-245-3376

Sandra Sanders 4/18/2025

Page 34

  1  coming in. So that's enough to stress you out,
  2  because it's only me. I don't have a husband. I
  3  don't have a boyfriend. I don't have anybody to
  4  help me. So that's stressing me because how I'm
  5  going to pay my water bill, how I'm going to pay,
  6  you know, my light, gas, all of this here. How am
  7  I going to pay these bills when I no longer have
  8  income?
  9       Q.  I know you say it stressed you out. I
 10  want to ask: How did it stress you -- how --
 11       A.  Oh, with the not sleeping and not eating
 12  and stuff like that. I mean, I don't eat that
 13  much now but I could go two days or whatever
 14  without eating and, you know, realizing that I
 15  hadn't ate. But I would, you know, drink
 16  something or whatever. It was just terrible. And
 17  I know that I needed to eat. I knew I needed to
 18  sleep. But even the medicine seemed, at one time,
 19  didn't work. And I know that I couldn't keep
 20  going to the doctor because I really couldn't
 21  afford it.
 22       Q.  Now, before you got the termination
 23  letter in December, were you taking medication?
 24       A.  Yes, sir.
 25       Q.  And about how many hours a night were

Page 35

  1  you able to sleep while you were working the two
  2  jobs and you're taking the medication prior to
  3  getting the termination letter?
  4       A.  When I was working I could get a good
  5  six, seven. But after that happened, it seemed
  6  like I wasn't even taking no medicine and I'd be
  7  back up in about three hours. Two, three hours.
  8       Q.  So you went to sleeping six to seven
  9  hours to after you got your termination letter you
 10  were only able to sleep about three?
 11       A.  Because I was tossing and turning.
 12       Q.  Okay. And how long -- after
 13  December 31st, 2023, how long did that last where
 14  you were only able to sleep about --
 15       A.  Three, four months.
 16       Q.  That lasted about three or four months?
 17       A.  Yeah. When I found out that it was
 18  going -- my -- about three, four, maybe five
 19  months. After I discovered that when my age -- I
 20  was going to be able to get another income. Like
 21  the Social Security I told you that somebody was
 22  talking to me about, then it got kind of like -- I
 23  felt a relief that maybe, you know, I'm fixing to
 24  get another income, so this will help me.
 25       Q.  And you testified that the doctor

Page 36

  1  increased your medications, right?
  2       A.  The migraine.
  3       Q.  For migraine?
  4       A.  Uh-huh. (Affirmative response.)
  5       Q.  Is that a --
  6       A.  Yes, sir.
  7       Q.  Did they increase any of the medicine
  8  you were taking for depression?
  9       A.  I can't remember. Like I say, I just
 10  tell them stuff and I let them write the
 11  prescription and go on. But I do know the reason
 12  why -- and I don't even know if he changed it on
 13  the prescription, but I do know that I supposed to
 14  have been taking -- it was called Topamax. And
 15  the Topamax is for my migraine. And I was taking
 16  it like one a day -- one in the daytime and one at
 17  night. And he switched it to four -- he told me
 18  to take four at night. Instead of taking one in
 19  the day, one at night, he told me to take four
 20  every night.
 21       Q.  Now, before December 31st, before you
 22  received your termination letter, how often did
 23  you have those migraine headaches?
 24       A.  I really didn't have them that often. I
 25  didn't even have them that often, unless it was

Page 37

  1  stress.
  2       Q.  Were you on medicines for migraine prior
  3  to getting that termination letter?
  4       A.  Yeah, because the way that the
  5  medicine -- they tell you to take it every day so
  6  that -- because when you get migraines, it's
  7  really excruciating pain. So the way I was taking
  8  it, I was taking it every day anyway to prevent --
  9  you know what I'm saying, prevent from having
 10  them.
 11       Q.  Did the frequency of your migraines
 12  increase, decrease or stay the same after you got
 13  that termination letter?
 14       A.  It increased. That's when he doubled
 15  the doses. Increased to four. That's when I had
 16  to take four.
 17       Q.  And then about how often would you have
 18  those migraine headaches after you got your
 19  termination letter?
 20       A.  Pretty much weekly. Pretty much three
 21  to four -- pretty much mostly every day for a
 22  while. That's why I had went to him, because it
 23  was like an every day thing. And he was saying
 24  that it was the migraine. But he increased them
 25  and it was like -- I would get at least two or

10 (Pages 34 to 37)

Brooks Court Reporting
1-800-245-3376

Sandra Sanders 4/18/2025

Page 38

1  three a week.
2      Q. And how long were those -- each episode
3  of a migraine last -- after you got that
4  termination letter, how long would it happen?
5      A. It lasted about -- it lasted some
6  months.
7      Q. No, I mean at a time when you got a
8  migraine.
9      A. Oh, the migraines would last like weeks
10 at a time even with taking -- after me going to
11 him, it would last for weeks at a time because --
12 you know, I would say that I was going to -- I
13 didn't want -- I was going to ask him to give me
14 something else but I never -- I be forgetting to
15 tell him, you know, because sometimes -- if it
16 ease up by the time it's time for me to go to the
17 doctor, I forget to ask him about changing it
18 until it would act up again. But now since
19 everything is more smoothly, you know, it's not as
20 bad. I'm not having them like I used to.
21     Q. I was about to ask had the migraines
22 eased up?
23     A. Yeah.
24     Q. And when did they start to ease up?
25     A. Probably after I found out I was going

Page 39

1  to be okay.
2      Q. Could you give us a month?
3      A. Maybe four -- four months, at the most
4  five.
5      Q. Four or five months ago?
6      A. Probably.
7      Q. Okay. And you also mentioned that your
8  appetite changed. How was your appetite before
9  you received that termination letter?
10     A. I would eat a lot. Well, I don't eat
11 that much, but, you know, my appetite was on the
12 regular. After that I could miss days without
13 eating and just drink something and keep going.
14     Q. How many meals would you eat a day prior
15 to getting your termination letter?
16     A. Well, I don't know. I never did -- you
17 know, like talking about like three meals a day
18 and stuff like that?
19     Q. Did you eat twice a day, three times a
20 day?
21     A. Prior to that, when I used to work
22 there, I used to eat all the day. And after that,
23 maybe once or not at all.
24     Q. Okay. And has your appetite gotten any
25 better or worse?

Page 40

1      A. It's gotten better.
2      Q. And about when did it start to get
3  better?
4      A. Probably last -- you know, last year,
5  probably.
6      Q. Okay. That's all I have.
7  EXAMINATION BY MR. CARPENTER:
8      Q. You were talking to Mr. Rhodes about
9  your appetite changing. Did it affect your weight
10 dramatically?
11     A. Not that I know of.
12     Q. Okay. All right. And looking at the
13 records on Page 37, on December of 2023 it says
14 we're going to refill topiramate tablet. And I
15 think you described that as your migraine
16 medicine?
17     A. Uh-huh. (Affirmative response.) And
18 they call it Topamax, the name brand.
19     Q. And it was orally, twice daily?
20     A. Yes.
21     Q. Okay.
22     A. But now -- see, that's what I'm saying.
23 That's what they got it now. But he never did go
24 back and change it because I'm taking them four
25 times.

Page 41

1      Q. Okay.
2      A. I'm going to have to tell him about that
3  when I go back.
4      Q. Yes, ma'am. Now, I was going to see --
5  because he has on your records for March the 4th
6  of 2025 -- and I'll show you right here -- it's
7  topiramate.
8      A. What is that?
9      Q. There's a lot of medicines, of course.
10     A. Oh, yeah, yeah.
11     Q. So it's down here, topiramate. Two
12 tablets orally, twice daily.
13     A. Uh-huh. (Affirmative response.)
14     Q. Okay. And that's -- and so the medicine
15 that you were taking for topiramate in March of
16 '25 is the same dosage and the same frequency as
17 that of December 2023, at least according to the
18 records?
19     A. Uh-huh. (Affirmative response.)
20     Q. You have to yes or no?
21     A. Yes.
22     Q. Okay. That's all I've got.
23 BY MR. RHODES:
24     Q. Let me just ask you about that medicine
25 that's according to the record. Are you taking --

11 (Pages 38 to 41)

**Page 42**

1   how many --
2       A.  I'm taking four.
3       Q.  Okay.  When did you start taking the
4   four tablets a day?
5       A.  I've got to go back to him because -- he
6   should have it in there, because he the one told
7   me that -- because I was telling him to the change
8   the medicine because it wasn't helping me.  And he
9   the one told me -- so evidently he put it in his
10  records.  Like I say, I still take four at night.
11      Q.  Where do you get your medicines filled?
12      A.  Wal-Mart.
13      Q.  And --
14      A.  So I'm going to ask him.
15      Q.  Did you have a prescription to take into
16  Wal-Mart --
17      A.  No, he call everything in.  So I don't
18  pay any attention to -- like I say.  But when I go
19  back, I'm going to ask him, though.
20      Q.  On your bottle --
21      A.  Oh, I don't watch that.
22      Q.  -- does it say --
23      A.  I'm going to have to see.  I don't know.
24  Let me see if I have a copy.  Because normally I
25  have a copy of my medication.  And then he might

**Page 43**

1   not even -- I don't know.  But I know I was taking
2   four.  Then it might be old.  See, this one here
3   old because this one got take one by mouth two --
4   take one by oral two times every day.  That's what
5   it's got on it.
6           MR. CARPENTER:  Okay.  So this is from
7   March of '24.  So this would have been a year ago.
8   And it shows -- yeah, topiramate one tablet two
9   times every day.
10          THE WITNESS:  Uh-huh.  (Affirmative
11  response.)  But I'm taking four.
12          MR. CARPENTER:  Gotcha.  All right.
13  Fair enough.  Yes, ma'am.
14          THE WITNESS:  But I've got to sure ask
15  him, though.  But I don't take my medicine -- I'm
16  supposed to take them every day, but when you got
17  to pay for it it's kind of like hard.
18          MR. CARPENTER:  Right.  I understand.
19  We sure appreciate it.
20          (Time Noted:  1:58 p.m.)
21           SIGNATURE/NOT WAIVED
22
23  ORIGINAL:  MR. CARPENTER, ESQ.
24  COPY:  MR. RHODES, ESQ.
25

**Page 44**

1           CERTIFICATE OF DEPONENT
2   DEPONENT:  SANDRA SANDERS
    DATE:  April 18, 2025
3   CASE STYLE:  SMITH, ET AL vs. JEFFERSON COUNTY,
    MISSISIPPI, ET AL
4   ORIGINAL TO:  THOMAS L. CARPENTER, ESQ.
        I, the above-named deponent in the
5   deposition taken in the herein styled and numbered
    cause, certify that I have examined the deposition
6   taken on the date above as to the correctness
    thereof, and that after reading said pages, I find
7   them to contain a full and true transcript of the
    testimony as given by me.
8       Subject to those corrections listed below,
    if any, I find the transcript to be the correct
9   testimony I gave at the aforestated time and place.
    Page    Line            Comments
10  ____    ____    _____
11  ____    ____    _____
12  ____    ____    _____
13  ____    ____    _____
14  ____    ____    _____
15  ____    ____    _____
16  ____    ____    _____
17
18      This the ____ day of _____, 2025.
19           _____
             SANDRA SANDERS
20  State of Mississippi
    County of _____
21
        Subscribed and sworn to before me, this the
22  _____ day of _____, 2025.
23  My Commission Expires:
24  _____   _____
25                          Notary Public

**Page 45**

1           CERTIFICATE OF COURT REPORTER
2       I, Robin G. Burwell, Court Reporter and
3   Notary Public, in and for the State of Mississippi,
4   hereby certify that the foregoing contains a true
5   and correct transcript of the testimony of SANDRA
6   SANDERS, as taken by me in the aforementioned matter
7   at the time and place heretofore stated, as taken by
8   stenotype and later reduced to typewritten form
9   under my supervision by means of computer-aided
10  transcription.
11      I further certify that under the authority
12  vested in me by the State of Mississippi that the
13  witness was placed under oath by me to truthfully
14  answer all questions in the matter.
15      I further certify that, to the best of my
16  knowledge, I am not in the employ of or related to
17  any party in this matter and have no interest,
18  monetary or otherwise, in the final outcome of this
19  matter.
20      Witness my signature and seal this the
21  30th day of April, 2025.
22
23           _____
             ROBIN G. BURWELL, #1651
24              CRR, RPR, CCR
    My Commission Expires:
25  April 6, 2029