

# JEFFERSON - FRANKLIN COUNTY
# REGIONAL CORRECTIONAL FACILITY

**JAMES E. BAILEY**
SHERIFF

**BRENDA DOSS**
DEPUTY WARDEN

**BEVERLY STEBBINS**
ADMINISTRATIVE ASSISTANT

**CLIFTON KAHO, SR.**
WARDEN

**HENRY FELTON**
MAJOR

TO: Officer Shaquita McComb
FROM: Warden Clifton Kaho
DATE: August 24, 2022
RE: Letter of Warning

Officer McComb:

This is a Letter of Warning in reference to the incident that occurred on August 24, 2022.

While doing the Security Check Point this morning, Sergeant Terrell Walters was inspecting your work sack and discovered a pair of Brass Knuckles and a free world Hunting Knife in your work sack.

Upon meeting with you concerning the incident, you alleged that the book bag was your daughters, the fact of the matter is, that you do not excuse the fact that you committed a Violation of JFCF Polices and Procedure.

If any other Violation occurs with you, Officer McComb you will be faced with Disciplinary Action.

CC: File

JEFFERSON/FRANKLN CO. CORRECTIONAL
Date Received 8·24·22 @ apprx. 1105 hrs
Initialed By TBXD

EXHIBIT 3

Defendants 001454

P. O. BOX 218 • FAYETTE, MISSISSIPPI 39069 • TELEPHONE 601-786-2284 • FAX 601-786-2289