

# JEFFERSON - FRANKLIN COUNTY
## REGIONAL CORRECTIONAL FACILITY

**JAMES E. BAILEY**
SHERIFF

**BRENDA DOSS**
DEPUTY WARDEN

**BEVERLY STEBBINS**
ADMINISTRATIVE ASSISTANT

**CLIFTON KAHO, SR.**
WARDEN

**HENRY FELTON**
MAJOR

JEFFERSON/FRANKLN CO. CORRECTIONAL
Date Received  8·31·2022
Initialed By  BKD

TO: Officer Shaquita McComb
FROM: Warden Clifton Kaho
DATE: August 31, 2022
RE: Letter of Suspension

Officer McComb:

Effective this day, August 31, 2022, you are informed that you are suspended from Jefferson Franklin Correctional Facility for the incident that occurred on August 25, 2022, where you were given a Letter of Warning concerning "Citation B". Where you had admitted that you had accidentally brought a pair of brass knuckles an a knife onto the facility grounds. It is against Polices and Procedures at Jefferson Franklin Correctional Facility to bring such items on the facility grounds.

At this time I am amending the decision of August 25, 2022, to a 14 Day Suspension without pay.

Your Suspension will begin September 3, 2022, and will end September 30, 2022. You will return to duty on October 1, 2022.

If you have questions about this matter contact me.

*Warden Clifton Kaho Sr.*
Warden Clifton Kaho

CC: Sheriff Bailey
    Deputy Warden Doss
    File

EXHIBIT 4

Defendants 001455

P. O. BOX 218 • FAYETTE, MISSISSIPPI 39069 • TELEPHONE 601-786-2284 • FAX 601-786-2289