# Carolyn Smith, et al. v. Jefferson County, Mississippi, et al.

**James Ellis**

**April 18, 2025**

All depositions & exhibits are available for downloading at
<<www.brookscourtreporting.com>>
Please call or e-mail depo@brookscourtreporting.com if you need a
**Username** and **Password.**



**Mississippi - Louisiana - Tennessee - New York**
**1-800-245-3376**

EXHIBIT 6

James Ellis 4/18/2025

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


CAROLYN SMITH, ET AL

                                        PLAINTIFFS


V.          CIVIL ACTION NO. 5:24-CV-0072-DCB-ASH


JEFFERSON COUNTY,
MISSISSIPPI, ET AL

                                        DEFENDANTS


DEPOSITION OF JAMES ELLIS


Taken at the instance of the Defendants at the Law
Offices of Carroll Rhodes, 119 Downing Street,
Hazlehurst, Mississippi 39083, on Friday,
April 18, 2025,
beginning at 2:00 p.m.


REPORTED BY:

ROBIN G. BURWELL, CCR #1651

**James Ellis 4/18/2025**

## Page 2

1  APPEARANCES:
2
3      CARROLL RHODES, ESQ.
       Law Offices of Carroll Rhodes
4      Post Office Box 588
       Hazlehurst, Mississippi 39083
5      crhode@bellsouth.net
6
           COUNSEL FOR PLAINTIFF
7
8
       THOMAS L. CARPENTER, ESQ.
9      Wise, Carter, Child & Caraway
       2510 14th Street, Suite 1125
10     Gulfport, Mississippi 39501
       tlc@wisecarter.com
11
           COUNSEL FOR DEFENDANT
12
13
14  ALSO PRESENT:
15     Carolyn Smith
16
17
18
19
20
21
22
23
24
25

## Page 3

1            INDEX
2  Style........................................1
3  Appearances................................2
4  Index   ...................................3
5  Certificate of Deponent  .................27
6  Certificate of Court Reporter ............28
7         EXAMINATIONS
8  Examination By Mr. Carpenter ...............4
9  Examination By Mr. Rhodes ................25
10 Examination By Mr. Carpenter .............26
11         EXHIBITS
12 Exhibit 7 Letter ..........................12
13 Exhibit 8 Medical Records ................25
14
15
16
17
18
19
20
21
22
23
24
25

## Page 4

1            JAMES ELLIS,
2  having been first duly sworn, was examined and
3  testified as follows:
4  EXAMINATION BY MR. CARPENTER:
5      Q.  Mr. Ellis, would you give us your full
6  name?
7      A.  James Ellis, Jr.
8      Q.  And what is your address?
9      A.  1952 Main Street, Fayette, Mississippi.
10     Q.  And what do you currently do?
11     A.  Work at Alcorn State University.
12     Q.  Okay.  And what do you do there?
13     A.  Greeter.
14     Q.  And how much does that pay?
15     A.  Ten -- 10 something.  $10.30, something
16 like that.
17     Q.  Gotcha.  And what were you making in
18 December of '23 at the correctional -- at The
19 Facility?
20     A.  Ten.
21     Q.  Okay.  And when did you start at Alcorn?
22     A.  September the 16th.
23     Q.  Okay.  Of '24?
24     A.  Yeah, '24.
25     Q.  And between January 1st of '24 and

## Page 5

1  September of '24, what were you doing?
2      A.  Nothing.
3      Q.  Okay.  Were you looking for work?
4      A.  Yeah, I was doing applications.  Online
5  applications, yeah.
6      Q.  And were you also drawing unemployment
7  compensation?
8      A.  Yeah.
9      Q.  Okay.  And that was for about six
10 months?
11     A.  No, about -- I'd say about three months,
12 maybe.
13     Q.  All right.  And so between when the
14 unemployment ran out in September, was there
15 anything you were doing for money or compensation?
16     A.  Yeah, like little odds and ends.  You
17 know, little jobs on the side, yeah.
18     Q.  About how much, if you had to estimate,
19 that you would get from that maybe in a week?
20     A.  A week?  I say some weeks would less
21 than three, so I'd say about three, sometimes 350
22 a week.
23     Q.  Fair enough.
24         And once you started at Alcorn, do you
25 still do that, those side jobs?

**Brooks Court Reporting**
**1-800-245-3376**

**James Ellis 4/18/2025**

**Page 6**

1  A. No.
2  Q. Okay. And you were a correctional
3  officer at The Facility?
4  A. Yeah.
5  Q. When did you start?
6  A. January the 1st of '16, if I'm not
7  mistaken.
8  Q. All right. And that was with Sheriff
9  Walker?
10  A. Yeah.
11  Q. What did you do as a correctional
12  officer at The Facility in terms of like -- I
13  heard control one, control two, things like that
14  mentioned.
15  A. Like count the inmates and make sure
16  everything's safe, you know, stuff like that.
17  Q. Did you work predominately on the floor?
18  A. Yeah.
19  Q. All right. And going into the election
20  of 2023 -- and you knew Shawn Jones?
21  A. Yeah.
22  Q. And he was your neighbor?
23  A. My cousin, yeah.
24  Q. And your cousin. Okay. And it
25      I was reading the complaint. And it

**Page 7**

1  was -- it says in paragraph 93, "Sheriff Bailey
2  told James Ellis that he saw his patrol car parked
3  in Shawn Jones' yard and he was not supporting
4  him, Bailey, for reelection."
5      Was that your patrol car or your
6  personal car?
7  A. I ain't never drove a patrol car.
8  Q. Yes, sir. So I was thinking maybe it
9  might have been your personal car?
10  A. Yeah, because he live right like right
11  up the street from me, on the other side, two
12  houses up. And yeah, I was at his house. I seen
13  James Bailey pass by plenty times, also.
14  Q. So did Sheriff Bailey talk to you about
15  how he saw his car parked -- your car parked in
16  your driveway?
17  A. No, he never did say anything about
18  that.
19  Q. Okay. What did he say?
20  A. Well, we had a meeting and he told me he
21  need me to be loyal to him.
22  Q. Now, a lot of folks that have testified
23  were saying there was a mandatory meeting with
24  everybody. Is that the meeting that you're
25  referring to?

**Page 8**

1  A. Yeah.
2  Q. What do you recall about what he said in
3  that meeting?
4  A. Well, really he was just talking,
5  really, much about nothing. But he really was
6  saying he needed me to be loyal to him. That was
7  the main thing.
8  Q. Okay. When was that meeting?
9  A. It was in '23, if I'm not mistaken. I
10  don't know exactly what month, what time.
11  Q. Fair enough.
12      All right. And so did you say anything
13  to him about that, what he had to say at the
14  meeting?
15  A. No. Just shook my head.
16  Q. I hear you.
17      Did -- then there was some more on the
18  driveway and the parking lot, whatnot. Because it
19  said that James Ellis was a neighbor to Shawn
20  Jones. Wasn't next door neighbors, you just lived
21  in the neighborhood with Mr. Jones?
22  A. Yeah, like I say, he live like three
23  houses up on the other side.
24  Q. And what the paragraph 94 says, "He,"
25  being you, "told Sheriff Bailey he stopped at his

**Page 9**

1  cousin's house on the way home from work and he'd
2  support his cousin because he'd support whoever he
3  wanted to support." Do you remember any
4  conversation --
5  A. If James -- if he told you that he lied.
6  No, I haven't even talked to that man about that.
7  Q. This is coming from your complaint; this
8  is what you're saying.
9  A. What's that?
10  Q. What I just repeated.
11  A. Say that again.
12  Q. Yes, sir. I need to clarify, because
13  this is your complaint. That's why I was asking
14  about it.
15      Paragraph 94, "James Ellis Jr. was a
16  neighbor to Shawn Jones and he told Sheriff Bailey
17  that he stopped at his cousin's house on his way
18  home from work and he supported his cousin because
19  he could support who he wanted to support."
20      And it's okay if you don't recall that
21  conversation taking place.
22  A. Yeah.
23  Q. Well, okay. I'll repeat, because you
24  had indicated you didn't know where this was
25  coming from?

**3 (Pages 6 to 9)**

James Ellis 4/18/2025

**Page 10**

1    A.  Yeah.
2    Q.  Did this really happen or not?
3    A.  I don't remember talking to the Sheriff
4  about that.
5    Q.  Okay.  What happened?
6    A.  Nothing really happened.  I just go up
7  to Shawn house and we -- you know, like you live
8  on Main Street.  You can't miss it.  Everybody
9  pass by sees it.  And I'll be up at his house
10  we'll be cooking or whatever, just hanging out
11  talking.
12    Q.  And Sheriff Bailey saw you?
13    A.  Yeah, he done came by more than once.
14    Q.  Do you recall him specifically catching
15  you there?
16    A.  What you mean, "catching"?
17    Q.  Like driving be and looking at you?
18    A.  I seen him drive by and looking, yeah.
19    Q.  Did he mention that to you?
20    A.  Only thing he mentioned to me, that I
21  need to be loyal to him.  That was all he was
22  saying.
23    Q.  And was there any comment like when you
24  said you'll support who you want to support in
25  response?

**Page 11**

1    A.  Say what now?
2    Q.  Was there any response from you back
3  from the Sheriff saying I'll support who I want to
4  support?
5    A.  I don't remember that.
6    Q.  Yeah, in other words, he said what he
7  said and just shook your head, something like
8  that?
9    A.  Yeah, something like that.
10    Q.  All right.  Do you recall -- I know you
11  mentioned you attended that mandatory meeting, and
12  then we talked about this incident.  Was there any
13  other incident where you were supporting anybody
14  for that election?
15    A.  No.
16    Q.  And what I mean by that, by
17  clarification, is putting up signs, knocking up
18  doors?
19    A.  I did that when Sheriff Walker was
20  running again, I did that.
21    Q.  Right.  But in the '23 election you --
22    A.  No.
23    Q.  Fair enough.
24    So before your -- before your not being
25  rehired, and that would have been in December of

**Page 12**

1  '23, did Sheriff Bailey talk to you anymore about
2  needing your support?
3    A.  No, after that one time, that was it.
4    Q.  Okay.
5    A.  Until I got the letter saying that we
6  was terminated.
7    Q.  And when you got the letter, did you
8  talk to anybody about it?
9    A.  No.
10    Q.  Okay.  Did you file a grievance?
11    A.  Yeah, I think we did.  We all did at the
12  same time.
13    Q.  Okay.  Do you recall -- this is a letter
14  on February the 28th of 2024.
15    A.  Yeah.  Yeah.
16    Q.  Okay.  So that was your letter?
17    A.  Yeah.
18    Q.  Fair enough.
19    And we'll mark this -- I think it's
20  seven.
21    (Exhibit 7 marked for identification.)
22    Q.  (By Mr. Carpenter)  Because there's a
23  number of things in here about other people
24  telling you -- for example, I'll give you,
25  "Another one of my coworkers, Sheryl Rankin,

**Page 13**

1  shared a conversation that Sheriff Bailey had with
2  her."
3    A.  Yeah.
4    Q.  So people are coming to you reporting
5  what the Sheriff is saying to him, but he's not
6  coming to you?
7    A.  No.
8    Q.  Okay.  Gotcha.
9    Now, you say, "In the town I live in,
10  small, and words gets around, damaging my chances
11  of getting gainful employment within my town."
12    My question is:  Did anybody that you
13  talked to regarding getting employed or getting
14  hired mentioned I'd like to, but given what the
15  Warden had to say or the Sheriff had to say about
16  you, I can't do it?
17    A.  I had a few people come to tell me that
18  it was going to be hard to get a job since James
19  Bailey is against you.
20    Q.  Any of the people that you applied to?
21    A.  People I applied to, no.
22    Q.  All right.  And it says, "Even though I
23  knew Sheriff Bailey was slandering my name..."
24    Did anyone basically come in and say I
25  heard Sheriff Bailey say this about you,

**4 (Pages 10 to 13)**

**James Ellis 4/18/2025**

**Page 14**

1  specifically?
2      A.  I don't know the lady name.  But, yeah,
3  at the drug store up town, the lady said it.  I
4  don't know her name.
5      Q.  I follow you.
6          And because it sounds like this was
7  happening while you were working at The Facility?
8      A.  Yeah.
9      Q.  And then it says, "After Warded Kaho
10  would not fire me based on Sheriff Bailey bias."
11          Do you know -- did Sheriff{sic} Kaho
12  ever tell you, "I was being pushed to fire you by
13  Sheriff Bailey"?
14      A.  I was still there when Kaho was there.
15      Q.  Exactly.  Because it sounds like to me
16  when I read this sentence, "After Warden Kaho
17  would not fire me, based on Sheriff Bailey's bias"
18  --
19      A.  Yeah.
20      Q.  My question would be:  Did Warden Kaho
21  ever come to you and say Sheriff Bailey doesn't
22  like you.  I'm getting pressure to fire you"?
23      A.  I did hear that he didn't like me.  I
24  did hear that.
25      Q.  Who said that?

**Page 15**

1      A.  Warden Kaho.
2      Q.  And then it said there was some,
3  basically, searches as you came to work?
4      A.  Yeah.
5      Q.  Was that for everybody or just for you?
6      A.  Well, everybody got searched.  But they
7  searched me harder, it looked like.
8      Q.  Okay.  And what did they do,
9  specifically?
10      A.  Nothing, just took you to the restroom
11  and searched you up and down and search your bag.
12      Q.  All right.  And then, let's see.  "After
13  being terminated, I found one of the new hires was
14  giving false information pertaining to my
15  coworkers and me to Sheriff Bailey."
16          Who was that person, if you know?
17      A.  Say what now?
18      Q.  This says, "After being terminated, I
19  found out one of the new hires was giving false
20  information pertaining to my coworkers and me to
21  Sheriff Bailey."
22          Do you know what that person was?
23      A.  Yeah, it was a couple them.  Then it was
24  an older guy too.  I don't want to say his name
25  because they still work there.

**Page 16**

1      Q.  Well, I need to know if you know.  I
2  don't know that I'll necessarily talk to them.  Or
3  Carroll may talk to them, because this may be
4  something, you know, that he needs to follow up on
5  too.  But I will say I'm not going to out -- they
6  still work there?
7      A.  Yeah.
8          MR. CARPENTER:  Carroll, what did you
9  want to do.  I mean, I can go and ask for the
10  specifics and we may follow up with it.  I guess
11  we got to ask.
12          MR. RHODES:  Yeah.
13      Q.  (By Mr. Carpenter)  We'll keep it as
14  confidential as we can.  Who are those folks?
15      A.  Officer Mims was one of them.
16      Q.  What was he saying?
17      A.  That the Sheriff had been saying that
18  was bringing in this, bringing in that.  And I'm
19  not -- I don't have his back or whatever you want
20  to call it.
21      Q.  And when you say bringing this in,
22  contraband?
23      A.  Yeah.
24      Q.  Did anyone ever write you up for that?
25      A.  No.

**Page 17**

1      Q.  And was there any -- to your knowledge,
2  was there any actual proof of that ever happening?
3      A.  No.
4      Q.  Okay.  And then it goes on to say, "This
5  person was recently arrested at The Facility for
6  bringing in contraband, himself."
7      A.  Who that?
8      Q.  Well, that's what I was going to ask
9  for, because the entire sentence says this, "The
10  same new hire employee that feed Sheriff Bailey
11  the false information about my coworkers and me
12  was recently arrested at the Jefferson County
13  Correctional Facility for bringing in contraband
14  to the inmates."
15          Do you know who that would be?  Would
16  that be Officer Mims by any chance?
17      A.  No, no.  Probably Nichols.  Officer
18  Nichols.
19      Q.  Now, it says, "All the defamation,
20  humiliation took a toll on my emotional and
21  physical health."
22          Did Sheriff Bailey, to your knowledge,
23  ever say anything bad about you directly?
24      A.  Not to my face, no.
25      Q.  Did he -- did somebody say Sheriff

**5 (Pages 14 to 17)**

James Ellis 4/18/2025

**Page 18**

1    Bailey told me you were, you know, a no-good
2    person in any particular -- I'm just making stuff
3    up. But did anybody ever say Sheriff Bailey's
4    talking bad about you?
5        A. Yeah, like I said, when I went to the
6    store. I was told that at the store. The
7    cashier, she told me. I was told that by -- Mims
8    told me also that he talks about me all the time
9    behind my back. Yeah.
10       Q. Other than those two instances, do you
11   know of anything else?
12       A. No.
13       Q. Okay. And I understand.
14           So then it indicated that you were
15   starting having panic attacks. When did that
16   start?
17       A. Let's say around January.
18       Q. January of '24?
19       A. Yeah.
20       Q. And how long did they go?
21       A. Until October.
22       Q. And do you have a thought as to why it
23   may have gotten better?
24       A. I guess I got a job, yeah, and then I
25   could pay my bills and not steady worrying about

**Page 19**

1    it.
2        Q. Got it. Fair enough.
3            And other than -- I just want to make
4    sure I understand. Other than the driveway
5    incident, your car perhaps in Shawn Jones'
6    driveway or this mandatory meeting, do you ever
7    recall Sheriff Bailey asking you anything about
8    his election?
9        A. Nothing but at the meeting. He asked
10   everybody to vote for him because he needed four
11   more years -- he wanted four more years.
12       Q. But anything other than that and the
13   driveway incident?
14       A. No.
15       Q. Okay. And so going back, more
16   generally, I see you have attended Jefferson
17   County High School; finished the 11th grade?
18       A. Yeah.
19       Q. All right. And I'm just going through,
20   at this point, your answers to these questions.
21       A. Yeah.
22       Q. You did see Dr. Turner at Jefferson
23   health?
24       A. Yeah.
25       Q. Which is, as we were saying, a nurse.

**Page 20**

1    Do you know of him as a nurse or a doctor?
2        A. I thought she was a doctor, yeah.
3        Q. We'll cover that in just a few minutes.
4    The reason I want to make sure we've got not two
5    people, but one person. So we'll narrow that
6    down, make sure.
7            And who is Joyce Lee?
8        A. She was a nurse at the prison.
9        Q. All right. For emotional distress, as
10   far as loss of appetite, how long did that last?
11       A. I say until I got my job in September.
12       Q. Okay. Is it fair to say that sleepless
13   nights, anxiety and depression pretty much the
14   same period of time, until October?
15       A. Yeah.
16       Q. All right. I know we asked this of
17   other folks. Do you -- most folks do have social
18   media. I might have an account. I ain't looked.
19   But did you ever mention anything about the
20   Sheriff or any of this on social media, Facebook?
21       A. No, I never did that.
22       Q. We'll go into medical. Again,
23   there's not a lot of them.
24           On January the 25th, 2024 -- this would
25   have been the -- you know, the following month

**Page 21**

1    after you had basically been not rehired from The
2    Facility. Do you recall -- there was a
3    Dr. Turner, that's why we were asking because
4    she's listed here -- is it LaKeitha Turner?
5        A. Yes, sir.
6        Q. So whether she's a doctor or a nurse or
7    anything, that's who you were talking to?
8        A. Yeah.
9        Q. Fair enough.
10           Now, in this situation on here, it
11   indicates that you were seeing her for stress,
12   depression and insomnia?
13       A. Yeah.
14       Q. All right. And then it was indicating
15   that you had -- that you were depressed, that you
16   were depressed or hopeless nearly every day?
17       A. Yeah.
18       Q. And this was all related to what
19   happened at The Facility?
20       A. Yeah.
21       Q. All right. And so it looks like Nurse
22   Turner gave you Wellbutrin; does that ring a bell?
23       A. She gave me something. I don't know
24   what it was.
25       Q. All right. And something called

Brooks Court Reporting
1-800-245-3376

James Ellis 4/18/2025

**Page 22**

```
 1    hydroxyzine?
 2        A.  Yeah.
 3        Q.  Do you still take that?
 4        A.  No.
 5        Q.  And then -- let's see.  We're going to
 6    jump forward 10 months to November of 2024.
 7    Again, this would be with Nurse Turner.  And I'll
 8    let you see these before asking you questions.
 9    These are the November 19 of 2024.  There's a
10    bunch of pages.  In fact, I see a progress note
11    here.  We'll cover this.
12        This would have been -- and this is Page
13    22 of 340.  This looks like you talked with
14    someone with Telehealth, but this was a scheduling
15    for a provider for depression with anxiety on
16    January 31st of '24.  Do you recall talking to
17    someone on Telehealth?
18        A.  Yeah, I remember talking to somebody.  I
19    don't know what we talked about though, yeah.
20        Q.  And they mentioned a lot about stopping
21    smoking?
22        A.  Yeah, yeah.
23        Q.  Fair enough.  Do you recall seeing
24    anyone Telehealth after January 31st?
25        A.  No.  They called back but -- they made a
```

**Page 23**

```
 1    appointment but I didn't show up or something.
 2        Q.  Okay.  Fair enough.
 3        And then this is -- at this point, this
 4    is the -- a medical note from November of 2024 and
 5    it has a depression screening of zero, of saying
 6    that no -- you know, not depressed or --
 7        A.  Yeah.
 8        Q.  Is that a fair assessment from November?
 9    This would have been a month after you started at
10    Alcorn?
11        A.  Yeah.
12        Q.  Okay.  Because you had a job and so a
13    lot of the anxiety was alleviated?
14        A.  Yeah.
15        Q.  And it looks like, here, in what you're
16    taking, you are taking hydroxyzine, which was one
17    of the two medications that they started you in
18    January, but that you were not taking Wellbutrin
19    anymore; is that fair to say?
20        A.  To be honest with you, I take like six
21    pills a day.  I don't know what --
22        Q.  Absolutely.  From aspirin to Losartan?
23        A.  Yeah.
24        Q.  And then we've got -- I think this is
25    the last medical note.  There was a December note,
```

**Page 24**

```
 1    but it says "no visit," so there's not much to
 2    report on that.
 3        This appears to be -- and I guess I
 4    should ask this question first.  I've got a
 5    medical note from February the 20th of 2025, which
 6    would have been about two months ago.  Do you know
 7    if you've been to a doctor since then?
 8        A.  No.
 9        Q.  Fair enough.  So this would be the last
10    one.  And here, as well, it indicates that you --
11    basically your depression has lifted, because it's
12    showing a score of zero?
13        A.  Yeah.
14        Q.  Would that be correct?
15        A.  Yes.
16        Q.  And so in this case you were there for,
17    it looks like, medication refill?
18        A.  Yeah.
19        Q.  Okay.  All right.  And it looks like, as
20    with me, they're trying to get you to lose weight
21    and do exercise?
22        A.  Yeah.
23        Q.  It's not working for me either.  It
24    might be working for you.
25        All right.
```

**Page 25**

```
 1        MR. CARPENTER:  That's all the questions
 2    I have, Carroll.
 3        MR. RHODES:  Just a couple.
 4        MR. CARPENTER:  And we'll add these
 5    as -- this will be eight.
 6        MR. RHODES:  Exhibit 8.
 7        (Exhibit 8 marked for identification.)
 8    EXAMINATION BY MR. RHODES:
 9        Q.  You testified about the lady at the
10    grocery store and the coworker who had told you
11    that -- or you had heard from them that Sheriff
12    Bailey was going to get rid of the people who
13    didn't support him?
14        A.  Yeah.
15        Q.  I want to ask you:  Have you heard it
16    from anywhere else in the community, anybody else
17    you can think of?
18        A.  I mean, I heard it -- you know, a couple
19    of people in the streets talking, but -- yeah.
20        Q.  Okay.  And I'm trying to just figure out
21    how widespread was the rumor that Sheriff Bailey
22    was going to get --
23        A.  Yeah.  Well, I heard a few other people
24    in the streets.
25        Q.  You heard it from a few other people?
```

**7 (Pages 22 to 25)**

James Ellis 4/18/2025

**Page 26**

```
 1        A.  Yeah, that he was going to get rid of
 2   all us.
 3        Q.  But you just can't recall their names
 4   right now?
 5        A.  No.
 6   EXAMINATION BY MR. CARPENTER:
 7        Q.  And for the people who you didn't
 8   recall -- and that's fine, I get it -- but did
 9   they tell you where they were getting it from?
10        A.  Well, I had one or two to say they got
11   it from the Sheriff.
12        Q.  Okay.
13        A.  And then I had a couple say they got it
14   from the Sheriff's friends.
15        Q.  Okay.  Do you know -- from what I'm
16   understanding from conversation, you're not sure
17   exactly who it was that was telling you by name?
18        A.  No, just hearing it, going to the gas
19   station or where them people talking.
20        Q.  All right.  I think that's got it.
21           (Time Noted:  2:26 p.m.)
22        SIGNATURE/NOT WAIVED
23
24   ORIGINAL:  MR. CARPENTER, ESQ.
25   COPY:  MR. RHODES, ESQ.
```

**Page 28**

```
 1        CERTIFICATE OF COURT REPORTER
 2        I, Robin G. Burwell, Court Reporter and
 3   Notary Public, in and for the State of Mississippi,
 4   hereby certify that the foregoing contains a true
 5   and correct transcript of the testimony of JAMES
 6   ELLIS, as taken by me in the aforementioned matter
 7   at the time and place heretofore stated, as taken by
 8   stenotype and later reduced to typewritten form
 9   under my supervision by means of computer-aided
10   transcription.
11        I further certify that under the authority
12   vested in me by the State of Mississippi that the
13   witness was placed under oath by me to truthfully
14   answer all questions in the matter.
15        I further certify that, to the best of my
16   knowledge, I am not in the employ of or related to
17   any party in this matter and have no interest,
18   monetary or otherwise, in the final outcome of this
19   matter.
20        Witness my signature and seal this the
21   30th day of April, 2025.
22
23        _____
             ROBIN G. BURWELL, #1651
24             CRR, RPR, CCR
     My Commission Expires:
25   April 6, 2029
```

**Page 27**

```
 1        CERTIFICATE OF DEPONENT
 2   DEPONENT:  JAMES ELLIS
     DATE:  April 18, 2025
 3   CASE STYLE:  SMITH, ET AL vs. JEFFERSON COUNTY,
     MISSISSIPPI, ET AL
 4   ORIGINAL TO:  THOMAS L. CARPENTER, ESQ.
          I, the above-named deponent in the
 5   deposition taken in the herein styled and numbered
     cause, certify that I have examined the deposition
 6   taken on the date above as to the correctness
     thereof, and that after reading said pages, I find
 7   them to contain a full and true transcript of the
     testimony as given by me.
 8        Subject to those corrections listed below,
     if any, I find the transcript to be the correct
 9   testimony I gave at the aforestated time and place.
     Page    Line          Comments
10   _____  _____  _____
11   _____  _____  _____
12   _____  _____  _____
13   _____  _____  _____
14   _____  _____  _____
15   _____  _____  _____
16   _____  _____  _____
17
18        This the ____ day of _____, 2025.
19        _____
                JAMES ELLIS
20   State of Mississippi
     County of _____
21
          Subscribed and sworn to before me, this the
22   ____ day of _____, 2025.
23   My Commission Expires:
24   _____
                Notary Public
25
```

Brooks Court Reporting
1-800-245-3376