# JEFFERSON /FRANKLIN COUNTY REGIONAL CORRECTIONAL FACILITY EMPLOYEE MANUAL

Reviewed: May 10th 2013

EXHIBIT 8

Defendants 000180



# EMPLOYEE MANUAL
## TABLE OF CONTENTS

**Section One – Employment Process**
Organizational Chart
General Policy on Employment
Equal Employment Opportunity
Employment Security
Job Descriptions
Scheduling and Assignments
Drug Testing Policy

**Section Two – Employment**
Employment Development
In-Service Training
Congratulatory Citation
Garnishments
Personnel Files
Medical Files
Employee Inspection & Review
Release of Information
Performance Review Policy

**Section Three – Leave Policies**
Leave of Absence
Sick Leave
Administrative Leave
Vacation
Compensatory Leave
Attendance

**Section Four – Employee Benefits**
Paychecks
Worker's Compensation
Fringe Benefits (Social Security, Retirement, Health Insurance, Holidays and Jury Duty)
Insurance and Safety

## Section Five-Standards Of Employee Conduct

**Conduct of Employees**
**Courtesy**
**Political Activity**

## Section Six-Forms Of Discipline And Offenses

**Citations Disciplinary**
**Resignation and Dismissal**

## Section Seven-Grievances And Appeals
**Grievance Procedure And Appeals**

# SECTION ONE

## EMPLOYMENT PROCESS

**Organization Chart**

**General Policy on Employment**

**Equal Employment Opportunity**

**Employment Security**

**Job Descriptions**

**Scheduling and Assignments**

**Drug Testing Policy**



ORGANIZATIONAL CHART

POLICY: It is the policy of Jefferson/Franklin County Correctional Facility to have a procedure establishing the Organization Chart that groups services and activities. The Organization Chart delineates the area of responsibility and chain of command.

## GENERAL POLICY ON EMPLOYMENT

1. The primary goal of Jefferson/Franklin County Correctional Facility is to provide the best working environment possible. One step toward achieving this goal is to place the right person in the right job. Jefferson/Franklin County Correctional Facility will employ on a full time and sometimes a part-time basis, individuals who seem best qualified to serve the needs of the county. Individuals will be solely on the basis of their character, reliability, training skills, aptitude, experience, past performance, and other indications of their ability to perform the required tasks, and their willingness to become legal, cooperative members of the Jefferson/Franklin County Correctional Facility staff.

2. Political or Religious Beliefs of Activity. No discrimination will be exercised, threatened, or promised in favor of any applicant, competitor, or employee because of his political opinions or affiliations or religious beliefs or creed, provided such opinions or affiliations do not advocate the overthrow of the government by force or violence.

3. Employees of Jefferson/Franklin County Correctional Facility will not be dismissed of their duties because of changes in the political structure of the county. Should a department supervisor see fit to dismiss an employee, the proper procedure of the termination process must be undertaken.



## EQUAL OPPORTUNITY

Discrimination against any person in recruitment, examination, appointment, training, promotion, retention, discipline, or any other aspect of personal administration because of political or religious opinions or affiliations or because of race, color national origin, marital status, or other non merit factors is prohibited. Discrimination on the basis of age, or sex or physical disability is prohibited except where specific age, sex or physical requirements constitute a bona fide occupational qualification necessary to proper and efficient performance.

This manual was developed for use by the employees of the Jefferson County Sheriff's Department and the Jefferson/Franklin County Correctional Center, regardless of sex, age or race. For clarity and simplicity only, the masculine pronouns he, him and his are used when referring to all employees. Failure to use feminine pronouns is not intended as discriminatory.



# COMMISSARY CLERK

Jefferson-Franklin Correctional Facility has an excellent opportunity for a Commissary Clerks. You will sell commissary items and maintain records and receipts of all sales. Maintain products inventory, purchase and receive products from vendors. Assist the Office manager with clerical and administrative duties as needed.

Responsibilities:

- Maintain Inmates account on the Eagle System.
- Provide documentation and receipts to inmates as required
- Maintain inventory of commissary items at all time.
- Contact with persons within and outside the agency are frequent and involve the exchange of routine, factual information
- Assist the office manager and staff with clerical and reception duties
- Maintain correspondence log; perform routine clerical tasks

**Qualifications**



- Requires a High School diploma or equivalent with 1 – 2 years of experience is preferred.
- Must have basic knowledge on using a computer.
- Receives, evaluates and routes incoming calls and visitors; places outgoing calls.
- Reviews and routes correspondence, reports and other materials.



07-16-02   12:22

*Warden*

## POSITION:                        **Facility Administrator**

**I.     POSITION DESCRIPTION**

Chief administrator of the facility. Is directly responsible for ensuring that the goals and objectives for the facility are accomplished according to the policy direction of the corporation and within the scope defined by the agency.

**II.    DUTIES AND RESPONSIBILITIES**

**A.**   Reports directly to the Sheriff

**B.**   Plans, and gives leadership to total administrative, security and treatment programs of the facility.

**C.**   Develops and maintains close working relationships with the State correctional agencies and their representatives.

**D.**   Approves, initiates, interprets, revises and enforces policies and directives for efficient administration. Supplements policies with written guidelines and procedures.

**E.**   Makes long-range plans and schedules. Sets goals and establishes objectives to achieve such plans.

**F.**   Directs the activities of all functions, assigns duties and delegates authority to accomplish them.

**G.**   Builds and maintains an effective staff and has final authority in selection, advancement and termination of such staff, including ongoing staff training, communications, development and staff disciplinary hearings.

**H.**   Sees that adequate procedures, methods, and techniques are established in all programs, disciplines, and operations so that functions are carried out with maximum efficiency and cost effectiveness.

**I.**   Monitors compliance with established facility methods and systems and seeks improvements in all areas such as security, food and medical service, programs, and maintenance.

2

J.    Provides adequate facilities, space and equipment for inmates and staff.

K.    Ensures facility will respond appropriately to emergency situations at all times.

L.    Reviews inmate disciplinary committee decisions and makes recommendations where deemed necessary.

M.    Provides proper safeguards and makes regular scheduled physical inspections for Health, safety, and welfare of inmates, staff and property of the facility.

N.    Determines that each function establishes proper working relationships and is of maximum assistance to other functions of the facility.

O.    Clears policy matters with    Sheriff or agency officials, whenever necessary, and advises facility management and staff in those matters they need to become aware.

P.    Remains knowledgeable regarding statutory requirements, and legal decisions, which may affect administrative decisions and/or operations of the facility.

Q.    Analyzes proposals, financial statements, records, statistical reports, budget estimates and justifications for proposed expenditures, and has final approval.

R.    Develops and maintains close working relationships with government and private agencies including local, state and federal law enforcement units, and the community.

S.    Handles other duties and responsibilities as needed to insure the effective and successful operation of the facility and responds on a 24 hour, 7-day basis to significant unusual occurrences.

3

**III.  QUALIFICATIONS**

An earned Bachelor's Degree from an accredited college or university preferably in Criminal Justice or a Behavioral Science supplemented by courses in administration or equivalent experience, at least ten years of successful experience in a correctional facility with a design capacity of at least 500 inmates with at least two years as Chief of Security or above and two years as Deputy Administrator.

Strong leadership ability, sound judgement, and effective administrative ability; thorough knowledge and understanding of the objectives and principles of career development and advancement programs, and demonstrated ability to guide, direct and coordinate the efforts of others.

**IV.  SALARY RANGE**

35,000 - 40,000 per year.

4

# CORRECTIONAL OFFICER

## JOB STANDARDS

### Characteristics of Work

This work involves responsibility for maintaining order and discipline among inmates at an institution or prison. Incumbents are responsible for the custody, industry, and treatment of residents and inmates for specific periods of time. Work also includes maintaining order, observing residents and inmates, and supervising work assignment details and may include may include acting as advisor to residents and inmates concerning their personal problems. Incumbents work under the direct supervision of a Correctional Officer II, Correctional Officer III, Correctional Officer Administrator, or other administrative superior.

### Examples of Work

**Examples of work performed in this classification include, but are not limited to the following:**
Maintains discipline to prevent riots, escapes, fires, and theft: exercises custody over and control of inmate population.

Keeps watch in a tower, hall or at a gate: inspects incoming and outgoing vehicles and maintains all security involving the institution.

Assists in supervising in the feeding of residents and inmates and enforces regulations covering sanitation and personal care.

Ensures compliance with all rules and regulations pertaining to resident and inmate behavior and welfare.

Supervises residents and inmates assigned to work details; writes rule violation reports and assists in inmate discipline and classification actions.

Escorts residents and inmates to and from their place of confinement; maintains custody of inmates while being transported from one area to another.

Makes rounds to inside and outside buildings; counts residents and inmates; looks for fires; watches for residents and inmates trying to escape; assists in recapturing residents and inmates.

Advises residents and inmates concerning personal problems and assists with solutions to problems on a individual basis.



Performs related or similar duties as required or assigned.



## Essential Functions

**These essential functions include, but are not limited to the following: Additional essential functions may be identified and included by the hiring agency.**

1. Maintains security of unit, perimeters, residents and inmates.

2. Maintains safety or residents and inmates.

3. Ensures proper care and treatment of inmates and residents following formal and informal instructions.

4. Maintains formal control of residents and inmates.

## Minimum Qualifications

These minimum qualifications have been agreed upon by Matter Experts (SME's) in this job class and are based upon analysis and the essential functions. However, if a candidate believes he/she is qualified for the job although he/she does not have the minimum qualifications set forth below, he/she may request special consideration through substitution of related education and experience demonstrating the ability to perform the essential functions of positions. Any request to substitute related education or experience for minimum qualifications must be addressed to the State Personnel Board in writing, identifying the related education and experience which demonstrates the candidate's ability to perform all essential functions of the position.

**Physical Requirements:** These physical requirements are not exhaustive, and additional job related physical requirements may be added to these by individual agencies on an as needed basis. Corrective devices may be used to meet physical requirements.

**Moderate Work:** May frequently exert force equivalent to lifting up to approximately 25 pounds and/or occasionally exert force equivalent to lifting up to approximately 50 pounds.

**Vision:** Requires the ability to perceive the nature of objects by the eye,

| | |
|---|---|
| **Near Acuity:** | Clarity of vision at 20 inches or less. |
| **Midrange:** | Clarity of vision at distances of more than 20 inches and less than 20 feet. |
| **Far Acuity:** | Clarity of vision at 20 feet or more. |
| **Field of Vision:** | Ability to observe an area up or down, left or right |

while eyes are fixed on a given point.

**Depth Perception:** Three-dimensional vision. Ability to judge distance and space relationships so as to see objects where and as they actually are.

**Accommodation:** Ability to adjust focus

**Speaking/Hearing:** The ability to give and receive information through speaking and listening skills.

**Motor Coordination:** While performing the duties of this job, the incumbent is regularly required to sit. The incumbent is frequently required to stand, walk, climb and/or balance, stoop, kneel, crouch or bend. The incumbent is occasionally required to use hands to finger, handle or feel objects, tools, or controls; and reach with hands and arms.

**Experience/Educational Requirements:**

**Education:**

A graduate from a standard four-year high school or equivalent (GED).

**Special Training and Age Requirements:**

In all cases, the applicant shall have attained twenty-one years of age and shall have successfully completed the training program at the Mississippi Department of Corrections Training Academy; the Mississippi Law Enforcement Officers Training Academy, or the equivalent within another state.

Defendants 000193



# CAPTAIN

## JOB STANDARDS

### Characteristics of Work

This is supervisory and administrative work involving the direction of a large group of correctional officers at a state institution or prison. Incumbents are responsible for the total operation of very large and/or maximum security housing units or for the total operation of complex functional units within security operations. Work involves assigning and inspecting the work of subordinate staff, assigning inmate work stations, rendering administrative decisions relative to disciplinary action and scheduling working shifts or duty post for officers and inmates. Supervision is exercised over a staff of subordinate officers and is received from an administrative superior.

### Examples of Work

The following are examples of work performed for positions in this job class and are not intended to reflect the essential functions of any one position. The essential functions of each individual position are determined and maintained by each individual agency.

Makes administrative decisions concerning disciplinary actions.

Schedules working shifts and duty posts.

Conducts investigations into the security of the institution or prison.

Requisitions supplies and equipment for prison or institutional work force as needed.

Directs the accounting, care and upkeep of many items of State property.

Supervises, assigns and checks the work of correctional officers in a lower classification.

Makes frequent inspection trips to see that assigned duties are being adequately performed, that prisoners are properly treated and that their living quarters are clean and orderly.

Investigates infractions of rules by prisoners and takes or recommends appropriate action.

Enforces rules and regulations governing activities of inmates; prepares disciplinary reports.

Related or similar duties are performed as required or assigned.

## Minimum Qualifications

These minimum qualifications have been agreed upon by Subject Matter Experts (SME's) in this job class and are based upon a job analysis and the essential functions. However, if a candidate believes he/she is qualified for the job although he/she does not have the minimum qualifications set forth below, he/she may request special consideration through substitution of related education and experience demonstrating the ability to perform the essential functions of positions. Any request to substitute related education or experience for minimum qualifications must be addressed to the State Personnel Board in writing, identifying the related education and experience which demonstrates the candidate's ability to perform all essential functions of the position.

**Physical Requirements:** These physical requirements are not exhaustive, and additional job related physical requirements may be added to these by individual agencies on an as needed basis. Corrective devices may be used to meet physical requirements.

> **Light Work:** May frequently walk or stand and/or frequently exert force equivalent to lifting up to approximately 10 pounds and/or occasionally exert force equivalent to lifting up to approximately 20 pounds.

| | |
|---|---|
| **Vision:** | Requires the ability to perceive the nature of objects by the eye. |
| **Near Acuity:** | Clarity of vision at 20 inches or less. |
| **Midrange:** | Clarity of vision at distances of more than 20 inches and less than 20 feet. |
| **Far Acuity:** | Clarity of vision at 20 feet or more. |
| **Depth Perception:** | Ability to judge distances and special relationships so as to see objects where and as they are. |
| **Field of Vision:** | Ability to observe an area up or down; left to right while eyes are fixed on a given point. |
| **Accommodation:** | Ability to adjust focus. |
| **Color Vision:** | Ability to identify colors. |

**Motor Coordination:** While performing the duties if this job, the incumbent is regularly required to use hands to finger, handle, or feel objects, tools, or controls; and reach with hands and arms. The incumbent is occasionally required to sit, walk, stand, stoop, kneel, crouch or bend.

**Speaking/Hearing:** Ability to give and receive detailed information through speaking and listening skills.

**Educational Requirements:** A graduate from a standard four-year high school or the equivalent (GED), and two (2) years of experience in a position(s) of progressive responsibility in the operational management of a correctional component which houses offenders and provides treatment services. Exhibits outstanding leadership skills and excellent work habits.

**Special Training and Age Requirements:** In all cases, the applicant shall have attained twenty-one (21) years of age and shall have successfully completed the training program at the Mississippi Department of Corrections Training Academy, the Mississippi Law Enforcement Officers Training Academy, or the equivalent within another state.

# SERGEANT

## JOB STANDARDS

### Characteristics of Work

This is professional work which involves the supervision of custodial staff with responsibility for maintaining order and discipline in a correctional facility or prison. Employees direct the activities of subordinate correctional officers, support staff, and inmates assigned to housing units and work details. Duties include inspecting work stations and housing units for safety, security and health discrepancies; investigating infractions of rules by inmates and taking or recommending disciplinary action; observing assigned staff to insure that inmates are treated properly; and performing technical tasks requiring skills not widely available within the security force. Employees work under the direct supervision of an administrative superior.

### Examples of Work

Examples of work performed in the classification include, but are not limited to the following:

Directs the work of subordinate correctional officers in maintaining order and discipline among inmates within a specific housing unit or work detail to prevent riots, escapes, fires and theft; exercises custody over and control of inmate population.

Conducts frequent inspections to ensure that assigned staff are adequately performing duties, that inmates are properly treated and that living quarters are clean and orderly.

Investigate infractions of rules by prisoners and takes or recommends appropriate action.

Advises and trains correctional officers.

Directs the transfer of inmates to and from places of confinement.

Searches inmates for contraband.

Assists in recapturing escaped inmates.

Provides on-the-job training for Correctional Officer Trainees.

Performs related or similar duties as required or assigned.

### Essential Functions

These essential functions include, but are not limited to the following. Additional essential

functions may be identified and included by the hiring agency.

1. Directs the work of subordinate correctional officers.

2. Maintains order and discipline among inmates.

3. Advises and trains correctional officers.

4. Conducts inspections of inmate living quarters.

5. Investigates infractions of rules by prisoners.

6. Directs the transfer of inmates to and from places of confinement.

7. Assists in recapturing escaped inmates.

8. Searches inmates for contraband.

## Minimum Qualifications

These minimum qualifications have been agreed upon by Subject Matter Experts (SME's) in this job class and are based upon a job analysis and the essential functions. However, if a candidate believes he/she is qualified for the job although he/she does not have the minimum qualifications set forth below, he/she may request special consideration through substitution of related education and experience demonstrating the ability to perform the essential functions of positions. Any request to substitute related education or experience for minimum qualifications must be addressed to the State Personnel Board in writing, identifying the related education and experience which demonstrates the candidate's ability to perform all essential functions of the position.

**Physical Requirements:** These physical requirements are not exhaustive, and additional job related physical requirements may be added to these by individual agencies on an as needed basis. Corrective devices may be used to meet physical requirements.

**Moderate Work:** May frequently exert force equivalent to lifting up to approximately 25 pounds and/or occasionally exert force equivalent to lifting up to 50 pounds.

**Vision:** Requires the ability to perceive the nature of object by the eye.

|  |  |
|---|---|
| **Near Acuity:** | Clarity of vision at 20 inches or less. |
| **Midrange:** | Clarity of vision at distances of more than 20 inches and less than 20 feet. |

**Far Acuity:**     Clarity of vision at 20 feet or more.

**Field of Vision:**    Ability to observe an area up or down, left or right while eyes are fixed on a given point.

**Depth Perception:**   Three-dimensional vision. Ability to judge distance and space relationships so as to see objects where and as they actually are.

**Accommodation:**    Ability to adjust focus.

**Speaking/Hearing:** Ability to give and receive information through speaking and listening skills.

**Motor Coordination:** While performing the duties of this job, the incumbent is regularly required to sit. The incumbent is frequently required to stand, walk, climb and/or balance, stoop, kneel, crouch, or bend. The incumbent is occasionally required to use hands to finger, handle or feel objects, tools or controls; and reach with hands and arms.

**Taste/Smell:** Ability to use the sense of smell to recognize and distinguish odors. Ability to use the sense of taste to recognize and distinguish flavors.



**Experience/Educational Requirements:**

**Education:**

A graduate from a standard four-year high school or equivalent (GED).

**<u>Special Training and Age Requirements:</u>**

In all cases, the applicant shall have attained twenty-one years of age and shall have successfully completed the training program at the Mississippi Department of Corrections Training Academy; the Mississippi Law Enforcement Officers Training Academy, or the equivalent within another state.



# LIEUTENANT

## JOB STANDARDS

### Characteristics of Work

This is professional work involving the supervision of an assigned staff of correctional officers and inmates at a state institution or prison to ensures order and discipline. Incumbents are responsible for operating large or highly security housing units or for operating complex functional units within security operations. Duties include assigning and inspecting the work of subordinate officers; supervising and checking inmates in living quarters and cell blocks; assisting in the assignment or work stations; maintaining discipline; preventing escapes, fires and thefts; and enforcing rules and regulations covering activities of inmates assigned to the institution or prison. Supervision is received from an administrative superior.

### Examples of Work

The following are examples of work performed for positions in this job class, and are not intended to reflect the essential functions of any one position. The essential functions or each individual position are determined and maintained by each individual agency.

Supervises, assigns and checks the work of correctional officers in a lower classification .

Makes frequent inspection trips to see that assigned duties are being adequately performed, that prisoners are properly treated and that their living quarters are clean and orderly.

Investigates infractions of rules by prisons and take or recommends appropriate action.

Enforces rules and regulations governing activities of inmates; prepares disciplinary reports.



Schedules working shifts and assigns specific work stations.

Transfer inmates to and from places of confinement.

Supervises inmates in their assigned activities.

Related or similar duties are performed as required or assigned.



## Minimum Requirements

Graduation from a standard four-year high school or the equivalent (GED). Exhibit outstanding leadership ability, communications skills and work habits.

## Minimum Qualifications

These minimum qualifications have been agreed upon by Subject Matter Experts( SME's) in this job class and are based upon a job analysis and the essential functions. However, if a candidate believes he/she is qualified for the job although he/she does not have the minimum qualifications set forth below, he/she may request special consideration through substitution of related education and experience, demonstrating the ability to perform the essential functions of the position. Any request to substitute related education or experience for minimum qualifications must be addressed to the State Personnel Board in writing, identifying the related education and experience which demonstrates the candidate's ability to perform all essential functions of the position.

**Physical Requirements:** These physical requirements are not exhaustive, and additional job related physical requirements may be added to these by individual agencies on an as needed basis. Corrective devices may be used to meet physical requirements.

**Light Work:** May frequently walk or stand and/or frequently exert force equivalent to lifting up to approximately 10 pounds and/or occasionally exert force equivalent to lifting up to approximately 20 pounds.

**Vision:** Requires the ability to perceive the nature of objects by the eye.

**Near Acuity:** Clarity of vision at 20 inches or less.

**Midrange:** Clarity of vision at distances of more than 20 inches and less than 20 feet.

**Far Acuity:** Clarity of vision at 20 feet or more.

**Depth Perception:** Three-dimensional vision. Ability to judge distance and space relationships so as to see objects where and as they actually are.

**Field of Vision:** Ability to observe an area up or down, left or right while eyes are fixed on a given point.

**Accommodation:** Ability to adjust focus.

**Color Vision:** Ability to identify colors.

**Motor Coordination:** While performing the duties of this job, the incumbent is regularly required to use hands to finger, handle, or feel objects, tools or controls; and reach with hands and arms. The incumbent is occasionally required to sit, walk, stand, stoop, kneel, crouch or bend.

**Speaking/Hearing:** Ability to give and receive detailed information through speaking and listening skills.

**Educational Requirements:** A graduate from a standard four-year high school or the equivalent (GED). Exhibit leadership qualities, communications skills and good work habits.

**Special Training and Age Requirements:**

In all cases, the applicant shall have attained twenty-one years (21) of age and shall have successfully completed the training program at the Mississippi Department of Corrections Training Academy, the Mississippi Law Enforcement Officers Training Academy or the equivalent within another state.



# OFFICE MANAGER

# JOB DESCRIPTION

## Characteristics of Work

This is administrative work in which the incumbent serves as director of a small division of five hundred employees or less in a large state agency consisting of a number of multi-faceted divisions. The agency in which the incumbent is employed will have programs of statewide impact. The work performed will involve formulating, directing and controlling the operations of a division through subordinate personnel. The incumbent will exercise final authority in establishing objectives, standards and control measures for various programs. The incumbent also determines policy in accordance with state and federal regulations. A close working relationship is maintained with other divisions within the agency in order to coordinate activities and provide assistance and guidance. Work is subject to review through conferences and reports to the executive director or his assistant.

## Examples of Work



The following are examples of work performed for position in this job class and are not intended to reflect the essential functions of any one position. The essential functions of each individual position are determined and maintained by each individual agency.

- Formulates policies, rules and regulations as necessary.

- Ensures the coordination of activities within the division.

- Direct budgeting and accounting activities along with development of budget requests.

- Approves expenditure of state and federal funds as needed.

- Provides leadership to the implementation of division programs.

- Approves the selection of personnel as required.

- Plans, directs and coordinates the activities of the division through subordinate staff.

- Maintains an effective working relationship with other divisions and state agencies.

- Interprets agency policy as needed.



- Related or similar duties are performed as required or assigned.

## Minimum Qualifications

These minimum qualifications have been agreed upon by the Subject Matter Experts (SME's) in this job class and are based upon a job analysis and the essential functions. However, if a candidate believes he/she is qualified for the job although he/she does not have minimum qualifications set forth below, he/she may request special consideration through substitution of related education and experience, demonstrating the ability to perform the essential functions of the position. Any request to substitute related education or experience for minimum qualifications must be addressed to the State Personnel Board in writing, identifying the related education and experience which demonstrates the candidate's ability to perform all essential functions of the position.

**Physical Requirements:**  These physical requirements are not exhaustive and additional job related physical requirements may be added to these individual agencies on an as needed basis. Corrective devices may be used to meet physical requirements.

**Light Work:**  May occasionally walk or stand and/or occasionally move light objects, materials, etc.

**Vision:**  Requires the ability to perceive the nature of objects by they.

**Near Acuity:**  Clarity of vision at 20 inches or less.

**Midrange:**  Clarity of vision at distances of more than 20 inches and less than 20 feet.

**Field of Vision:**  Ability to observe an area up or down; left or right while eyes are fixed on a given point.

**Accommodation:** Ability to adjust focus.

**Color Vision:**  Ability to identify colors.

**Motor Coordination:**  While performing the duties of this job, the incumbent is regularly required to sit, use hands to finger, handle objects, tools or controls; and reach with hands and arms. The incumbent is occasionally required to walk, stand, stoop, kneel, crouch and bend.

**Speaking/Hearing:**  Ability to give and receive information through speaking and listening skills.

**Experience/Educational Requirements:**



**Education:**
- A graduate of a standard four-year high school or equivalent (GED).

- A Bachelor's Degree in Business Administration or a related field.

- Alternatively, the degree requirement may be substituted for by completion of a career development program that includes work-related experience, training or college-level course work at the Bachelor's level. Except there shall be no substitution for the ability to type from plain copy at the rate of 45 correct words per minute.


**Experience:** Three or more years of demonstrated administrative experience.

<u>**Interview Requirements**</u>

Any candidate who is called to an interview must notify the interviewing agency in writing of any reasonable accommodation needed prior to the date of the interview.

Defendants 000205



# SECRETARY

# JOB DESCRIPTION

## Characteristics of Work:

This is entry-level secretarial work. The incumbent functions as the principal clerical support to one individual and, in some cases, to the subordinate staff of that individual, normally at the branch level of the organization. The work is routine or repetitive and follows clearly prescribed clerical practices involving straightforward application of readily understood rules and procedures. Comprehensive, detailed instructions or directions are received from the immediate supervisor. Contacts with persons within and outside the agency are frequent and involve the exchange of routine, factual information. The incumbent does not usually exercise supervision over subordinate employees.

## Examples of Work

Examples of work performed in this classification include, but are not limited to the following:

Maintains a filing system of correspondence records, reports, and other requested information from the file as needed.

Routes correspondence and other materials by name, place or functional area.

Places local and long distance telephone calls; refers incoming calls and visitors to the appropriate person or functional area.

Types non-technical letters, memos, reports and other similar documents from longhand or shorthand notes or typed or printed copy requiring a knowledge of spelling, punctuation and syntax sufficient to identify and correct grammatical errors, making independent decisions regarding format and arrangement.



Performs related or similar duties as required or assigned.

## Essential Functions

These essential functions include, but are not limited to the following. Additional essential functions may be identified and included by the hiring agency.

1.  Maintains filing system and records according to established procedures.

2. Types non-technical letters, memos, reports and other similar documents.

3. Receives, evaluates and routes incoming calls and visitors; places outgoing calls.

4. Reviews and routes correspondence, reports and other materials.

5. Gathers and verifies data; prepares simple summaries and reports when requested to do so.

6. Maintains calendar for supervisor.

### Minimum Qualifications

These minimum qualifications have been agreed upon by Subject Matter Experts (SME's) in this job class and are based upon a job analysis and the essential functions. However, if a candidate believes he/she is qualified for the job although he/she does not have the minimum qualifications set forth below, he/she may request special consideration through substitution of related education and experience, demonstrating the ability to perform the essential functions of the position. Any request to substitute related education or experience for minimum qualifications must be addressed to the State Personnel Board in writing, identifying the related education and experience which demonstrates the candidate's ability to perform all essential functions of the position.

**Physical Requirements:** These physical requirements are not exhaustive and additional job related physical requirements may be added to these by individual agencies on an as needed basis. Corrective devices may be used to meet physical requirements.

**Sedentary Work:** May occasionally walk or stand and/or occasionally move light objects, materials, etc.

**Vision:** Requires the ability to perceive the nature of objects by the eye.

| | |
|---|---|
| **Near Acuity:** | Clarity of vision at 20 inches or less. |
| **Midrange:** | Clarity of vision at distances of more than 20 inches and less than 20 feet. |
| **Field of Vision:** | Ability to observe an area up or down; left or right while eyes are fixed on a given point. |
| **Accommodation:** | Ability to adjust focus. |
| **Color Vision:** | Ability to identify colors, |



**Motor Coordination:**  While performing the duties of this job, the incumbent is regularly required to sit; use hands to finger, handle or feel objects, tools or controls; and reach with hands and arms. The incumbent is occasionally required to walk, stand, stoop, kneel, crouch or bend.

**Speaking/Hearing:**  Ability to give and receive information through speaking and listening skills.

**Experience/Educational Requirements:**

**Education:**
A graduate from a standard four-year high school or equivalent (GED).

AND

**Experience:**
At least six (6) months of experience in work performing the above described duties and the ability to type from plain copy at the rate of 45 correct words per minute.

## FOOD SERVICE SUPERVISOR II

## JOB DESCRIPTION

### Characteristics of Work

This is responsible supervisory work involving supervising a major unit of a food service operation. Work involves implementing the directives, programs and policies of the food service program; maintaining cleanliness of food service areas and equipment; assigning and coordinating work for employees to prorate efficiency of operations; and requisitioning supplies and equipment to maintain stock levels. Supervision is received from an Administrative Dietician and supervision is exercised over all food service personnel within the unit.

### Examples of Work

Examples of work performed in this classification include, but are not limited to the following:

- Supervises the preparing and serving of food in the food service operation.

- Confers with clinical and Administrative Dietician regarding the operation problems of patient food service and therapeutic diets.

- Assists in the preparation and supervision of work for the proper accomplishment of work schedules.

- Supervises the preparation of or prepares appropriate records and reports.

- Assumes responsibility for requisition, receipt, inventory and issuance of food supplies and equipment.

- Supervises orientation and evaluation of new personnel and makes appropriate recommendations on all food service personnel within the unit.

- Instructs employees in the use, care and maintenance of equipment.

- Performs related or similar duties as required or assigned.

### Essential Functions

These essential functions include, but are not limited to the following. Additional essential functions may be identified and included by the hiring agency.

1. Supervises and evaluates performance of kitchen staff.

2. Maintains supplies.

3. Provides for and attends in-service classes.

4. Follows menu in preparing food items.

## Minimum Qualifications

These minimum qualifications have been agreed upon by Subject Matter Expert's (SME's) in this job class and are based upon a job analysis and the essential functions. However, if a candidate believes he/she is qualified for the job although he/she does not have the minimum qualifications set forth below, he/she may request special consideration through substitution of related education and experience, demonstrating the ability to perform the essential functions of positions. Any request to substitute related education or experience for minimum qualifications must be addressed to the State Personnel Board in writing, identifying the related education and experience which demonstrates the candidate's ability to perform all essential functions of the position.

**Physical Requirements:**  These physical requirements are not exhaustive, and additional job related physical requirements may be added to these by individual agencies on an as needed basis. Corrective devices may be used to meet physical requirements.

**Light Work:**  May frequently walk or stand and/or frequently exert force equivalent to lifting up to approximately 10 pounds and/or occasionally exert force equivalent to lifting up to approximately 20 pounds.

**Vision:**  Requires the ability to perceive the nature of objects by the eye.

**Near Acuity:**  Clarity of vision at 20 inches or less.

**Midrange:**  ~~Clarity of vision at distances of more than 20 inches and~~ less than 20 feet.

**Motor Coordination:**  While performing the duties of this job, the incumbent is frequently required to stand, walk, sit and use hands to finger, handle or feel objects, tools or controls. The incumbent is occasionally required to reach with hands and arms, stoop, kneel, crouch or bend.

**Speaking/Hearing:**  Ability to give and receive information through speaking and listening skills.

**Taste/Smell:**  Ability to use the sense of smell to recognize and distinguish odors. Ability to use the sense of taste to recognize and distinguish flavors.

**Experience/Educational Requirements:**

**Education:**

A graduate from a standard four-year high school or equivalent (GED).
Two(2) years of college. Six (6) years in the special experience defined
below, five (5) of which must have included line or functional
administrative or advanced technical supervision.

**Experience:**

Employment must have been in an administrative professional capacity in an
area of work related to the functional responsibility of the agency in which
the position exists. In those agencies where registered specialists provide
the primary source of functional and technical knowledge for planning and
accomplishing the mission of the agency, the incumbent must be registered
and experienced in that profession. Work experience must have included
supervising and coordinating a variety of functions. Where applicable,
minimum requirements shall be sufficient to meet those stated in (49-4-15)
of the Mississippi Code Annotated 1972.

**Special Requirements**

Applicants must hold or obtain within eleven (11) months of employment,
certification by the Dietary Management Association.

**Substitution Statement:**
Related education and related experience may be substituted on an equal
basis, except there shall be no substitution for the required certification by
the Dietary Management Association.



# JEFFERSON/FRANKLIN COUNTY REGIONAL CORRECTIONAL FACILITY

## CORRECTIONAL HEALTH CARE NURSE

## JOB DESCRIPTION

**JOB DESCRIPTION:**

- Provide professional nursing services to a large inmate population.

- Assess patient's health care needs.

- Document patient encounters and interactions, noting health care status.

- Review physician's orders.

- Triage patients to appropriate health care provider such as hospital base emergency department, physician, dentist and/or psychiatrist.

- Prepare and administer supervision in proper delivery of medication to patients.

- Initiate patient teaching and provide information regarding type of medication and possible side effects.

- Record any reports of possible side effects of medications and initiate health care interventions.

- Assist physician and/or nurse practitioner.

- Respond to scene of medical emergency within correctional facility.

- Treat injuries within scope of nursing practice.

- Provide pertinent health care information to any patient upon request of health care authority.



- Collect and label outgoing laboratory specimens for transportation to proper health authority.

- Participate in maintaining security in the detention facility be following all policies and procedures and complying with proper post orders.

- Perform any procedures which may be performed within the Statutes of Mississippi, Nurse Practice Act, and under Physician/Dentist directives.

- Apply universal infection control processes.

- Maintain medical confidentiality and standards of care consistent within the correctional facility environment.

- Must present valid nurse's license.

- Supervise correctional health care officers in screening process of inmates, record keeping, first aid and CPR procedures.

- Establish a liaison with correctional medical department of University Medical Center and MDOC Health Care Services.



PHYSICAL DEMANDS:

Physical requirements for this position include sitting, standing, walking and lifting objects weighing between 5 and 25 pounds based upon the applicant passing pre-service physicals.

SALARY RANGE:

$24,000 - $32,000 commensurate with experience



## SCHEDULING AND ASSIGNMENTS

General Scheduling:

J.F.C.F.'s normal office hours for office staff employees are Monday through Friday, 8:00 a.m. to 5:00 p.m. There are times staff may be asked to work on weekends. Each correctional officer are scheduled to work twelve (12) hour shifts. Correctional officers shall receive their post assignment from their shift supervisor during shift briefings.

Full-time and part-time employees are scheduled for assignments consistent with their employment status. Employees must accept their scheduled assignments, and their failure to do so may result in disciplinary action up to and include discharge.

## DRUG TESTING POLICY

## PROCEDURAL ORDER

### General Use

A.   It is a violation of departmental policy for an employee to take any narcotic or controlled dangerous substance unless prescribed by a person licensed to practice medicine.

B.   All property belonging to the Jefferson County Sheriff's Office is subject to inspection at any time. Property includes but is not limited to, department owned vehicles, desks, containers and files.

C.   Employees who have a reasonable basis to suspect that another employee is illegally using drugs or narcotics shall report the facts and circumstances to their immediate supervisor.

D.   Failure to comply with the intent or provisions of this policy is grounds for disciplinary action.

E.   Refusal by an employee to take the required drug test or to comply with this policy may result in immediate relief from duties pending disposition of any administrative personnel action.

### Drug Testing/Urinalysis (Applicants)

A.   Applicants for positions with the Jefferson/Franklin County Correctional Facility will be tested for drug or narcotic use as part of the pre-employment examination process.

    1.   The following shall result in the removal of an applicant from further consideration:
       a.   Refusal to take the test. or
       b.   Any test results that indicate the presence of illegal drugs or narcotics, or
       c.   Any use or possession of illegal drugs or narcotics that constitutes a felony.

    2.   The following shall be grounds for permanent rejection of an applicant:

       a.   Illegal sales. manufacture or distribution of any narcotic or other controlled substance; or

       b.   Addiction to any narcotic or other controlled dangerous substance; or



      c.   Illegal use of a narcotic or other controlled dangerous substance by an applicant after filing an application.

3.   The applicant, if selected, shall be subject to additional testing for drugs or other controlled substances during the probationary period.

### Drug Testing/Urinalysis (Current Employee)

A.   On or after January 1998, current employees of the Jefferson/Franklin County Correctional Facility will be required to randomly submit to tests for illegal narcotic or controlled substance usage as announced by the Warden.

B.   An employee shall be required to submit to a drug test if notified by the investigating agency in any major accident or serious incident of alleged employee misconduct.

C.   A drug test will be required at any time there is reasonable suspicion that the employee is illegally or abusively using any addictive substance.

D.   Additional testing of employees of the Jefferson/Franklin County Correctional Facility will be conducted as directed by the Warden.

E.   Any employee who feels he/she has an addiction to or is abusively using a controlled narcotic substance and needs rehabilitative help may report this to his/her immediate supervisor before being notified of random drug testing, and the department may look upon this favorably and will assist the employee in obtaining rehabilitative help. Reporting this information may not mean that the employee will be terminated. After the employee undergoes treatment, an administrative review will be conducted and the Employee Review Board will make a recommendation to the Warden as to whether the employee will continue his/her employment. Any employee who does not report this information and has a positive drug test will not be afforded the same opportunity and the employee will be subject to disciplinary action up to and including termination.

### Testing Procedures

#### Obtaining Urine Samples:

1.   Employees being tested must be positively identified prior to the obtaining of any sample.

2.   The room where the sample is obtained must be secure and free from any foreign substance. An observer of the appropriate sex shall be present to ascertain that the sample is actually obtained from the employee noted on the record. Specimen collection will occur in a setting that will not demean,



embarrass or cause physical discomfort to the employee.

3.  A form will be completed by the employee prior to the test that will serve to establish current type of drugs taken under medical supervision and over the counter medications, if the employee wishes to do so before the testing begins. This is not mandatory and the employees may opt to provide this information only in the event that the test results should be positive.

4.  Employees will be required to remove heavy outer garments which could possibly conceal any foreign substance and the employee will be asked to empty any other pockets on remaining garments. Female employees will not be allowed to bring their purses into the collection area.

5.  The observer shall listen for the normal sounds of urination and will examine the specimen for color and temperature. A bluing agent shall be placed in the toilet to eliminate the possibility of the specimen being diluted.

6.  Specimen samples shall be sealed, labeled and checked against the identity of the employee to assure that the results match the employee.

**Processing of Samples:**

1.  The testing method used shall be capable of identifying drugs subject to abuse.

2.  The testing shall consist of a two-step procedure:
    a.  Initial Screening
    b.  Confirmation

3.  The first sample test is a screening procedure. An initial positive report will not be considered positive, but will be classified as "confirmation pending".

4.  The confirmation procedure will be technologically different from the initial screening test.

5.  Notification of test results shall be made to the Chief Of Security.

6.  The laboratory selected to conduct the analysis will be experienced and will agree to provide technical expertise, and have demonstrated proficiency in urinalysis testing.

**Chain of Evidence/Storage:**

1.  Each step in the collecting and processing of the urine specimens shall be documented to establish procedural integrity and the chain of custody.



2.   When a positive report is received, urine specimens shall be maintained in secured storage for a period of not less than three (3) months.

**Confidentiality of Information:**

The Jefferson/Franklin County Correctional Facility Administrator will take reasonable steps to maintain the confidentiality of information obtained in the drug testing procedures and the results of such tests.

**Employee Notification, Etc:**

1.   Employees who have participated in the drug testing program will be notified of the test result on a confidential basis.

2.   Such employees will have the right to provide whatever information they deem pertinent to the Chief of Security to be used in consideration by the facility of appropriate job action, if any.

3.   Such employees shall have the right to have the sample retested within thirty (30) days of receipt of notice of the test result. This retest will occur at the lab currently doing drug analysis with the facility.



4.   All proceedings relative to job actions in connection herewith will be confidential.

**Penalties:**

A.   Failure to comply with the intent or provisions of this policy may be grounds for disciplinary action. Refusal by a Jefferson/Franklin County Correctional Facility employee to take the required drug test or follow this policy will result in relief from duty, without pay, pending the result of administrative review.

B.   Unexplained positive findings will be a basis for such job action as the Jefferson/Franklin County Correctional Facility deems necessary.

C.   Any job action taken in connection with this policy will be appealable to the Warden.

Defendants 000218

# SECTION TWO

# EMPLOYMENT

**Employee Development**

**In-Service Training**

**Congratulatory Citation**

**Garnishment**

**Personnel Files**

**Medical Files**

**Employee Inspection & Review**

**Release of Information**

**Performance Review Policy**



## EMPLOYEE DEVELOPMENT

1. Self-Development Courses;

   Employees are encouraged to continue their self-development in whatever field they may be employed.

2. Employees who complete correspondence courses, night courses, or other training should bring a copy of the certificate of training received by them to the Department Head to be placed in their personnel file which will become a part of their qualifications record.

3. Employees may be requested to attend seminars and training schools or attend workshops sponsored by other agencies that would enhance expertise in their field.

4. An employee who desires to attend a workshop or seminar outside of those workshop and seminars sponsored by J.F.C.F. must submit a request to his or her immediate supervisor as far in advance as possible. The request to attend outside workshop or seminar must be made in writing on the form designated by J.F.C.F. for that purpose, must be signed by the employee, witnessed and dated. Whether or not an employee is allowed to attend an outside workshop or seminar rests in the discretion of the Sheriff.

## IN-SERVICE TRAINING



J.F.C.F. provides periodic in-service education which is designed to improve the level of skills of all employees involved in the correctional profession. In-service programs will be scheduled on the basis of forty hours per calendar year for correctional officers and service employees. Office and Administrative staff employees are required to attend in-service educational sessions if offered on a subject matter pertaining to them or if directed to do so for sixteen hours per year. All field staff employees will be paid their respective regular hourly rate of pay for time spent attending in-service sessions.

## CONGRATULATORY CITATION

While it is necessary to advise an employee of improper conduct by rendering a disciplinary citation, there are also times when a supervisor wishes to make a special note of outstanding performance on the part of a particular employee. In such cases, formal record may be made in the form of a Congratulatory Citation in which a written statement is made to underscore some special contribution that the employee has made to improve procedures, increase efficiency, or someone who upgrade his own or his department's performance. Such efforts usually can be described as a service "beyond the call of duty".

## <u>GARNISHMENTS</u>

A garnishment is a court order and must be honored when received. It requires the county to withhold and pay to the court a specified amount of earnings from each paycheck until the amount of the judgment, plus court fees are paid in full. When the county is served a garnishment against you, you will be notified and a copy sent to the Office Manager. We hope that if this should happen to you, you will immediately seek release by paying your indebtedness in full or by contacting the court. If a release is not received, deductions from your earnings, according to the amount specified by the court, will begin as required by law.

## PERSONNEL FILES

J.F.C.F. is required by law to maintain individual records on each of its employees. When an employee begins employment at J.F.C.F., a personnel file is established in the office. After employment, additional information may be requested in order to ensure compliance with all applicable laws.

An employee's personnel file generally contains the following documents and information which may be inspected and reviewed by the employee: employee application; employee's name, address, phone number, social security, date of birth; date of employment; name and address of emergency contact; job description; evidence of qualifications (including reference checks); current license/registration/certification (if applicable); copy of driver's license; proof of automobile insurance; personnel action documents; training and orientation records; attendance records; recognition material; evaluation forms; disciplinary action documents; date of termination of employment and the reason for such termination; insurance records; and payroll records. Some of these documents may not be contained in each employee's personnel folder, but shall be considered to be part of the employee's personnel file for purposes of inspection and review.

J.F.C.F. also maintains the following documents separate from each employee's personnel file which are not available for inspection and review by the employee: interview, promotion and re-hire evaluations; documents relating to ongoing or concluded investigations; and personal notes used by management relating to incidents or investigations.

## MEDICAL FILES

J.F.C.F. is required by law to maintain certain medical and health records on some of its employees. When an employee is employed, a separate medical file is established in the office which contains all of his or her medical and health records. During his or her employment, additional medical and health records may be added to such files as they are prepared or received.

A medical file generally contains the following which may be reviewed by the employee: medical exam forms, test results, immunization records, reports of communicable diseases, medical information concerning use of annual leave benefits for medical reasons, medical information concerning unpaid leaves of absences, medical information concerning worker's compensation leaves of absences, records concerning exposure incidents to blood borne pathogens, and other information concerning employee's health status.

Defendants 000224

## EMPLOYEE INSPECTION AND REVIEW

An employee may inspect and review the contents of his or her own personnel file and/or medical file by contacting their immediate supervisor. This request should be forwarded in writing and received by the Personnel Department not less than five days before the inspection date. An employee may receive copies of said files which permitted to be inspected and reviewed. A request for copies should be made in writing and received by Human Resources not less than five days prior to the day the employee desires to receive the copies. There is a charge per page for each item copied from the employee's personnel file which must be paid before the copies are made. There is no charge for the first copy of any record from a medical file. When a copy from the employee's medical file has previously been provided without cost, there will be a charge for administrative costs of providing additional copies of the same record.

## RELEASE OF INFORMATION

J.F.C.F. regards an employee's personnel file as confidential. However, an employee's name, job description, and schedule are considered public information and may be released by J.F.C.F. as it deems appropriate. Other information contained in the file will not be generally disclosed outside of J.F.C.F. except as provided below or upon the employee's written authorization in compliance with subpoena or court order or for legitimate business purposes. Requests for work records on present or former employees are answered by Human Resources.



## PERFORMANCE REVIEW POLICY



J.F.C.F. conducts evaluations of all employee's job performance in order to reward those employees exhibiting better work performance and to motivate those employees showing lesser work performance. Each employee is given a formal evaluation using criteria relevant to his or her job performance, including but not limited to the following: application of skills and knowledge, documentation, quality of work, productivity, dependability, ability to perform new job skills, initiative, judgment, on time, attendance and overall performance. Employees receive written evaluations at the following intervals: (a) within 30 days after completion of the initial probationary period; (b) within 30 days after completion of an·extended probationary period; (c) one year after employment by J.F.C.F., and annually thereafter; and (d) at any time in the discretion of an employee's immediate supervisor.

Written evaluations are conducted on a form approved by the Sheriff and Personnel Department and are signed by the employee, his or her immediate supervisor, and the employee's supervisor's superior.





# SECTION THREE

# LEAVE POLICIES



**Leave of Absence**

**Sick Leave**

**Administrative Leave**

**Vacation**

**Compensatory Leave**

**Attendance**



## LEAVE OF ABSENCE

A leave of absence is a authorized absence from work for an extended period of time. The employee is, however, still considered to have lost no proportionate seniority, and on request to return, said employee will be considered if there is a vacancy and the facility has need of his/her services.

An employee may be granted a leave as a privilege when circumstances permit. Factors taken into account include the reasons for the request, past work performance, length of service, and personnel requirements for the department at the particular time. Any absence without pay for two weeks or longer is considered a leave of absence and must be approved in advance by the supervisor.

All full-time employees, working 40 hours or more per period, are eligible to request a leave of absence without pay after three months of continuous employment. To qualify for leave benefits, an approved Leave of Absence form must be on file with the personnel clerk prior to the leave. In case of unexpected, prolonged illness, the form must be on file no later than two weeks after the first day of the leave. Leave of Absence forms are available in the County Administrator's Office.

Ordinarily, the maximum leave granted is for a period of three months. Exceptions to the time limit are granted at the discretion of the Sheriff/Warden. All county benefits cease but are resumed when the employee returns to work. Vacation, seniority sick leave, holidays and other benefits do not accumulate and are not paid during a leave of absence. Should an employee be absent for a period of more than two weeks without having an approved Leave of Absence form on file, he will be considered to be terminated. An employee must notify his supervisor one week before his expected return from leave. He will then be restored to his original status only if there is a vacancy and the facility has need of his services.

An employee may arrange for continuation of health insurance during an approved leave. Employees may maintain insurance through the county group plan for up to three months by paying the premium in the County Administrator's Office before the first of each month. In the case of leave beyond three months, insurance must be transferred to personal non-group insurance.

Employees who elect not to continue their health insurance must complete a new application upon their return to work. The health insurance will become effective on the first of the month following three full calendar months from the date of their return.

Specific reasons for granting leave of absence are: health, education and military. The Sheriff or Warden may consider, with justifiable cause, a special leave of absence.

## MAJOR MEDICAL LEAVE

Major medical leave is intended to provide income protection in the event of illness. Major medical leave may be granted for the following reasons:

1. Personal illness or physical incapacity of the employee resulting from causes beyond his control, excluding on-the-job injuries requiring employee to be off over one (1) week.

2. Illness of a member of the employee's household that requires the employee's care and attention.

3. Enforced quarantine of the employee in accordance with health regulations imposed by the health authorities of a city, state or county.

4. For the employee to keep a doctor or dental appointment.

5. For death of a member of the employee's family.

Major medical leave benefits are available to all full time employees. Full time employees accumulate major medical leave at the rate of one day per month. There shall be no maximum limit to major medical leave accumulation.

A physician's certificate is required upon an employee's return to work stating that the employee was unable to work due to illness in order for major medical benefits to be paid.

Major medical leave is not accrued while on leave-of-absence. Accrued major medical leave benefits are not payable in the event of an employee's termination. Major medical leave cannot be paid while an employee is on paid vacation.

If an employee does not have sufficient major medical leave credit to cover a period of absence, deduction shall be made for the absence not covered by major medical leave, unless vacation leave is used. In cases of extended illness where an employee has exhausted his major medical leave, all unused vacation time may be taken. Absences for a fractional part of a day, that is chargeable to major medical leave in accordance with these provisions, will be charged in a amount not smaller than one-half of a day.

Should you be injured on the job or become ill while you are at work, report it immediately. JFCF cannot assume responsibility for work-related injuries unless they have been reported promptly.

Use of leave during pregnancy: Women affected by pregnancy, childbirth or related medical conditions will be treated the same for all employment-related purposes including receipt of benefits under fringe benefit programs.

<u>Administration Control and Procedures:</u> The following control and procedures govern the administration of the major medical leave program. An employee desiring major medical leave will comply with the following conditions:

1. An employee should insure that his immediate supervisor is notified as soon as possible, no later than two (2) hours before the working day has begun.

2. If at work, the employee should report to his immediate supervisor to record the date and time of departure on the employee's request form which should be completed upon the employee's return to work.

3. Major medical leave with pay for reasons of personal illness or physical incapacity will be granted only after presentation of a written statement by a licensed physician certifying that the employee's condition prevented him from performing the duties of his position. Failure to present such a certification upon employee's return to work will result in the employee being charged with leave without pay.

4. The immediate supervisor will, upon receipt for notification of an employee's request for major medical leave, complete the employee's request form, in duplicate, and retain copies until the employee returns to work. During an employee's absence, the immediate supervisor or other designated department official should be diligent as to the welfare of the employee, periodically inquiring as to his/her well being and progress. Upon the employee's signature on the employee's request form along with the doctor's certificate, if applicable, give the employee the one (1) copy, the original will be retained by the department head to be filed in the employee's personal file.

In the event of a death in an employee's immediate family, full time employees will be permitted to take up to three (3) days off with pay. Immediate family is considered to include spouse, parents, stepmother/father, children/stepchildren, brothers/sisters, grandparents, grandchildren, sister/brother-in-laws, and mother/father-in-laws.

## ADMINISTRATIVE LEAVE

"Administrative Leave" means discretionary leave with pay, other than personal leave or major medical leave, and is authorized in the following instances: Witness, Juror or Party Litigant. The appointing authority may grant administrative leave to any employee serving as a witness, juror or party litigant as verified by the clerk of the court. This leave is granted in addition to any fees paid for such services or necessary appearance in a court or administrative tribunal shall not be counted as personal leave.



## VACATION

Vacation time is available to all full-time employees and will accrue as follows:

| Continuous Service | Accrual Rate Monthly | Accrual Rate Annually |
|---|---|---|
| 6 month to 1 year | 6 hours per month | 9 days per year |
| 13 months to 2 years | 8 hours per month | 12 days per year |
| 25 months to 3 years | 12 hours per month | 18 days per year |
| 37 months to 8 years | 14 hours per month | 21 days per year |
| 97 months to 15 years | 16 hours per month | 24 days per year |
| over 15 years | 18 hours per month | 27 days per year |

Temporary employees who work less than a full workweek and part-time employees shall be allowed credit for vacation computed on a prorate basis. For the purpose of computing credit for vacation, employees shall be considered to work not more than five (5) days each week. Earned vacation of each employee shall be credited monthly after the completion of each month of services. Vacation shall be used for the first day of an employee's illness requiring his/her absence of more than one (1) day and may be used for an illness in the employee's immediate family. There shall be no limit to the accumulation of vacation. Upon termination of employment, each employee shall be paid for not more than thirty- one (31) days of unused accumulated vacation.

All unused vacation time will go towards credible service for retirement provided all requirements for retirement benefits are met.



Vacation time will be scheduled by your supervisor. Department scheduling and operation will be taken into consideration prior to the scheduling of employee's vacations. In cases where two (2) or more employees request vacations at the same time, the employee with the greatest amount of seniority will be given first preference. Supervisors will make every effort to honor the dates you request. Employees who resign with sufficient notice will be paid their accrued vacation time.

Each department is required to maintain and submit all proper records for annual leave time to the Personnel Department each month.

Defendants 000232

## <u>COMPENSATORY LEAVE</u>

All employees may possibly be expected to report to work due to unforeseen or uncontrollable emergencies. In such a case, those employees may elect to have such earned credit for compensatory leave.



# ATTENDANCE

JFCF has a No Fault 10 Point Attendance Policy. The policy is no fault policy with the only exceptions being approved FMLA leave, paid Bereavement, Jury Duty, Military Leave, and absence due to On-the-Job injury.

### Additional exceptions are as follows:

* Pastors-ordained Pastors will be allowed to punch in late or leave early to conduct funeral service for members of their congregation without being charged points.
* Volunteer Fireman-will be allowed to punch in late or leave early if called to duty.
* Unpaid bereavement-time off without pay will be allowed without points being charged to attend funeral for brother-in-law, sister-in-law, grandfather, grandmother, and grandchildren.
  Unpaid bereavement-time off on the day of the death of immediate (see bereavement section) family members will be allowed without points being charged.

It is a 10 Point program and a continuing system- a rolling 12 months-points continue to accumulate and carry over each month.



You can work off 1 point or earn 1 point by working a calendar month without missing any scheduled time. Scheduled time does not include vacations and holidays. Points can be worked off down to zero, but can never go below zero.

## POINTS
### ½ Point-Tardies/Late and Leaving Early

- Late to work more than one (1) minute.
- Example: First Shift (6am-6pm). Clocking in at 5:46 am or later.
- Leaving early, and working at least ½ of the scheduled shift.
- Example: First Shift (6am-6pm). Leaving after 12 Noon.
- Employee has a doctor appointment at 9:00 am.
- Leaves early but returns to work and works 6 hours or more = ½ point.
- Example: (8am-5pm Shift). Signing in at 8:01 am or later.
- Leaving early, and working at least ½ of the scheduled shift.
- Example: (8am-5pm). Leaving after 11:00 am.
- Employee has a doctor appointment at 9:00 am.
- Leaves early, but returns to work and works 4 hours or more = ½ point.





**1 Point**
• Not coming to work, but calling in within 1 hour <u>before or after</u> shift start.
• <u>Example: Second Shift (6pm-6am).</u> Employee is not coming to work but calls in prior to 7:00 pm
• Leaving early and working less than ½ the scheduled shift.
• <u>Example: (8am-5pm Shift)</u>. Leaving between 8:00 am and 11:59 am = working less than 4 hours or ½ of the scheduled shift.
• Consecutive absences of more than 2 days that are supported with proper documentation from a doctor upon return to work = 1 point. Absences not qualifying for FMLA.
• Absences for subpoenas and court appearances involving the same incident - 1 point.

**2 Points**
• <u>Not coming to work</u> and <u>not calling in within 1 hour</u> before or after start of shift.
• <u>Example (6am-6pm).</u> Calling in after 7:00 am or during the shift. This is considered a late call in.

**5 Points**
• Not coming to work and not calling in.
• Not coming to work after calling in.
• Example: Employee calls in and notifies JFCF that he/she will be late but does not report to work.



### DISCIPLINE

• 2 ½ Points = 1st Written Warning
• 5 Points = 2nd Written Warning
• 7 ½ Points = Last Written Warning
• 8 ½ Points = Administrative Review by the Sheriff / automatic 10 day suspension without pay
• 10 Points = Termination

### SUSPENSION

• Suspension without pay will be in the form of work days, not weekdays.
• Example: Employee is suspended for 5 days. Will be 5 of his work days.

• Mon Tues Wed Thur Fri Sat Sun Mon Tues
  1    2   Off  Off  3   4   5   Off  Off
Employee will return to work on Wednesday.

Any one who signs in or clocks in another employee for work: This action will result in the immediate termination of those (both) employees.



# SECTION FOUR

## EMPLOYEE BENEFITS

**Paychecks**

**Worker's Compensation**

**Social Security**

**Public Employee's Retirement System of Mississippi**

**Health Insurance**

**Holidays**

**Jury Duty**

**Insurance and Safety**

## <u>PAYCHECKS</u>

Employees are paid every fourteen (14) days. An employee's rate of pay and paychecks are confidential. You should not discuss them with anyone other than your supervisors. A stub will accompany your paycheck which shows the total amount of pay received and also the deductions from your pay. There are several types of deductions: Mandatory deductions for federal income tax, state income tax, state retirement and garnishments. These deductions are required by law and must be deducted each pay period. Voluntary deductions are authorized by the employees to be deducted from their earnings. Types are voluntary deductions that are made include health insurance, United Way, etc. Maintain your pay stubs so that at the end of the year proper accounting for tax deductions can be made without difficulty.



# **WORKER'S COMPENSATION**

The basic purpose of Worker's Compensation is to provide fixed benefits to employees in the event an employee is injured in the course of employment. These benefits may include:

1. Compensation for medical expenses.

2. Compensation for income lost because of the injury.

3. Retraining for new skills when necessary.

4. Certain other related benefits.

Worker's Compensation also provides pension benefits to an employee's dependent's and compensation for funeral expenses in case of death due to a job-connected accident or illness.

If an employee is injured, no matter how minor the injury, the employee should report this to the supervisor immediately.

Defendants 000238

## FRINGE BENEFITS

### 1. SOCIAL SECURITY

All full-time employees are enrolled under the Federal Old-Age and Survivor's Insurance Law by contributions through payroll deductions. Full information regarding the requirements and benefits of this law is contained in various pamphlets published by the Social Security Office.

When an employee has enough quarters under Social Security to become insured and his employment is sufficiently current, he is entitled to certain benefits. Information as to the number of quarters that are required to be fully insured may be obtained from any Social Security Office.

### 2. PUBLIC EMPLOYEE'S RETIREMENT SYSTEM OF MISSISSIPPI

Member's Brochure. All full-time employees are subject to the Public Employee's Retirement System. Full information regarding the system is published in a "Member's Brochure" with major changes in the Act which became effective July 1, 1973.

### 3. HEALTH INSURANCE

The Board of Supervisors of Jefferson County shall make an annual review of the County's insurance policy in an effort to insure the maximum affordable coverage. To obtain updated information on your insurance coverage, please contact the Office Manager.

### 4. HOLIDAYS

The following days are official holidays for regular full-time employees whose work does not require being on duty on holidays.

#### New Years Day

the first day of January

#### Martin Luther King Jr.'s and Robert E. Lee's Birthday

the third Monday of January

#### Washington's Birthday

the third Monday of February

**Good Friday**

Friday before Easter Sunday

**Memorial Day**

The last Monday in May

**Independence Day**

The fourth (4th) of July

**Labor Day**

The first Monday in September

**Armistice or Veteran's Day**

The eleventh (11th) of November

**Thanksgiving**

The fourth (4th) Thursday of November

**Christmas**

The twenty-fifth (25th) of December (2 days)

**5. CIVIC LEAVE**

Any employee called for jury service (either state or federal) or is summoned to attend court as a witness is required to attend and serve or give testimony as the case may be. Said employee will be paid the difference between jury pay or witness fees and eight (8) hours at their regular rate of pay of service. Each employee called must submit a copy of the summons or subpoena to their department head. Upon return to work, said employee must provide a statement of attendance and the amount paid by the court from the clerk of the court under seal. If an employee is released by the court at or prior to the noon hour, said employee must report to work within one (1) hour of being released from the court. Time spent sent on civic leave will not be counted as hours worked for the purpose of computing overtime on the regular job duties (i.e. an employee may serve 6 hours on jury duty attendance and still work a forty (40) hour work week at the regular position, but would not earn overtime.

## INSURANCE AND SAFETY

**Professional and General Liability Insurance**

All employees are covered by J.F.C.F.'s professional liability and comprehensive general liability insurance policies while performing tasks within the scope of their employment.

**Automobile Liability Insurance**

Employees are not covered under J.F.C.F.'s automobile liability insurances policies, and therefore employees must look to their own automobile insurance coverage of their personal liability in the event of an automobile accident in their personal vehicles. Restated, J.F.C.F. employees are responsible for their own automobile insurance.

Employees who are assigned and use a J.F.C.F. automobile while on duty are not required to purchase automobile liability insurance for the J.F.C.F. assigned vehicle. Each employee is encouraged to provide J.F.C.F. with proof of liability insurance on their personal automobiles.

**Safety**

General

Each employee is responsible for performing his or her duties in a safe manner. Not following safe conduct and working procedures will not be tolerated and will subject an employee to disciplinary action up to and including discharge.

# SECTION FIVE

## STANDARDS OF EMPLOYEE CONDUCT

**Conduct of Employees**

**Courtesy**

**Political Activity**

## CONDUCT OF EMPLOYEES

1.  Hours of work: Employees are expected to faithfully observe their working hours, report for work on time, and be regular in attendance. Employees with excessive absence or tardiness will be subject to disciplinary action and could result in termination. All employees are subject to work during emergency situations at other than normal working hours, and will be expected to do so at the request of their department head. The Sheriff's Department and JFCF must give 24-hour service, seven days a week to protect the public's life and property. Many of the employees in these departments are required to take off days other than Saturday and Sunday.

2.  Outside Employment: No employee may engage in compatible employment which could cause conflict of interest or permit use of his county employment for personal gain. Outside employment must not interfere with performance of duties for the county.

3.  Political Activity: A JFCF employee may express his opinion privately as a citizen and is encouraged to vote in any election for which he is qualified but the employee must not become involved in any political activity.

4.  County Equipment: It is the policy of JFCF that JFCF owned vehicles are not to be used for non-county business purpose or otherwise personal use.

5.  Accidents Involving JFCF Equipment: In any vehicular accident involving JFCF equipment, the operator of the equipment will contact his immediate supervisor as soon as possible.

Violation of any of the above provisions may be grounds for dismissal or rejection of an application.



## COURTESY

Courtesy should be applied in the use of the telephone. Good telephone habits give callers the feeling that you are interested in helping. Several guidelines need to be observe:

1. Answer promptly in a well-modulated voice. Speak clearly and distinctly.

2. Identify yourself and the area where you are working.

3. Know how to transfer calls properly when it is necessary.

4. Give accurate and careful answers.

5. Explain any delay in contacting the person being called.

6. Handle business as quickly as possible so as not to hold up the line, but without being rude.

7. Be sure to follow through on messages delivered over the phone.

8. Replace receiver carefully and quietly.



Every effort should be made to exercise prudence and good judgment in all personal and telephone contacts. The spreading of gossip and rumors is unbecoming to the professional atmosphere that should prevail in the office. Also, employees should be careful about their conversations which might be over heard.

Defendants 000244

## **POLITICAL ACTIVITY**

An employee of J.F.C.F. may not:

Use his official authority or influence for the purpose of interfering with or affecting the result of an election or a nomination for office.

Directly or indirectly coerce, attempt to coerce, command or advise a State or Local Officer or employee to pay, lend or contribute anything of value to a party, committee, organization, agency or person for political purposes.

These restrictions do not apply to the Sheriff or any other elected official.



# SECTION SIX

## FORMS OF DISCIPLINE AND OFFENSES



**Citations Disciplinary**

**Resignation and Dismissal**

## CITATIONS DISCIPLINARY

It is necessary to establish certain guidelines, rules and regulations in order to operate in an orderly and efficient manner and to establish an atmosphere of mutual concern and respect. Careless, unprofessional conduct cannot be tolerated. Therefore, supervisors will make use of both verbal and written warnings in order to counsel with employees who fail to live up to certain standards of conduct.

The written warning takes the form of a disciplinary citation which makes note of the misconduct as well as the supervisor's recommended action to prevent recurrence. The main purpose of such a citation is to provide the employee with knowledge and understanding of the seriousness of the problem so that he might take steps to correct unacceptable behavior. However, some violations may be deemed to serious as to demand immediate discharge.

Reasons for disciplinary action may include, but will not be limited to the following:

A. Conviction of criminal offenses, including felony or numerous misdemeanors.

B. Willful violation of any of the provisions of the policies and procedures of Jefferson/Franklin County Correctional Facility.

C. Willful violation of lawful and reasonable regulations, orders or directions made or given by a superior where such violations have amounted to insubordination or serious breach of proper discipline or have resulted in loss or injury to the public.

D. Intoxication by alcohol or narcotics or the use of alcohol or narcotics while on duty or reporting for duty intoxicated or being addicted to the use of narcotics or alcohol.

E. Incompetence or inefficiency in the performance of duties of the position to which he is appointed.

F. Wantonly offensive conduct or language toward the public, a superior or a fellow employee.

G. Carelessness or negligence in the use of property of the Jefferson/Franklin County Correctional Facility.

H. Failure to pay or make reasonable provisions for the future payment of just debts due and owing by him.

I. Aiding in assessment or collection from any employee in the service of the County for the purpose of securing the nomination or election of any person to municipal, county, state or federal office.



J.  Engaging in any unlawful form of political activity calculated for favor or to improve the chances of any political party or any candidate seeking or attempting to hold public office or party office.

K.  An attempt to induce any employee of the Jefferson/Franklin County Correctional Facility to commit any illegal act or acts in violation of any law or reasonable departmental regulation.

L.  The taking or receiving of any fee, gift, gratuity or other valuable things in the course of his work or in connection with it for his personal gain.

M.  Conduct unbecoming to an employee of JFCF either while on or off duty.

N.  Employment in a gainful occupation for profit in addition to his regular duties with JFCF where such occupation to distract the mind of the employee from his duties, or leaves him physically unfit for his regular work.

O.  Willful and wanton brutality or cruelty to a prisoner or one under arrest or sentence, provided that the act committed was not necessarily lawfully done in self-defense or to prevent escape of a person lawfully in custody.

P.  Absence without leave, including failure to report for work, unless for reasonable cause.

Q.  Excessive tardiness and/or absenteeism. Absence for sickness for more than one day must be documented by a doctor's statement.

R.  Failure to notify employee's supervisor or department head in advance of an excusable absence, if at all possible.

S.  Unauthorized work or use of Jefferson/Franklin County Correctional Facility owned equipment on private property.

# SECTION SEVEN

# GRIEVANCES AND APPEALS

# GRIEVANCE PROCEDURE AND APPEALS

## <u>RESIGNATION AND DISMISSAL</u>

If you decide to leave, it is required that you give at least two (2) weeks notice with a written resignation. Supervisors shall give a written notice of a minimum of one month. This will give the Jefferson/Franklin County Correctional Facility time to find a replacement without interruption of services. An employee who is discharged or who leaves without giving proper notice forfeits accrued vacation and other benefits.

Prior to your last working day, you are required to obtain from the Office Manager, a form "Verification of Termination Status". This must be completed in full and presented to the Office Manager who will conduct your exit interview and verify that all uniforms, keys and other Jefferson/Franklin County Correctional Facility property you may have, have been turned in to your supervisor.

## GRIEVANCE PROCEDURE

It is recognized that in any organization occasional problems and misunderstandings will arise between employees, or between an employee and a supervisor. The county also recognize the right of each employee to question the interpretation or application of county policy. the grievance procedure is established as a mechanism to allow employees to resolve such differences. The grievance procedure must be initiated in writing by the employee within ten (10) calendar days of the occurrence of the situation creating the complaint. Failure of the employee to initiate their procedure on a timely manner will render the complaint null and void.

**First Step** - Your Supervisor: In order to minimize the possibility of conflict in departments, employees must first talk over their problems with their immediate supervisor. If the employee is not satisfied with the supervisor's decision, the employee may submit a written presentation of the "grievance" to the supervisor. The supervisor will next meet with the employee and present a written answer within three (3) calendar days of the employee's presentation.

**Second Step** - JFCF Warden: If you are unable to obtain a satisfactory solution from your supervisor within three (3) calendar days, you will have an additional three (3) days to present your written presentation to the JFCF Warden. The Warden will review all aspects of the grievance with the employee and supervisor and will present a written response to the employee within three (3) calendar days.

**Third Step** - Sheriff: If you are not satisfied by the response provided by the Warden, you will have an additional three (3) days to present your written grievance to the Sheriff. The Sheriff will meet with the employee and review thoroughly all previous responses to the employee's grievance and will, as deemed necessary, meet with those parties involved. Within five (5) calendar days the Sheriff will render a decision that will be regarded as final and binding.

Additional time may be provided in this procedure when the employee or members of management are away on excused absence.

# JEFFERSON/FRANKLIN COUNTY CORRECTIONAL FACILITY

## EMPLOYEE GRIEVANCE FORM

NAME_____ DATE_____

### GRIEVANCE STATEMENT

_____
_____
_____
_____

### RELIEF SOUGHT

_____
_____
_____
_____

**FIRST STEP**        **SUPERVISOR'S RESPONSE**

_____
_____
_____

**SECOND STEP**        **WARDEN'S RESPONSE**

_____
_____
_____

**THIRD STEP**        **SHERIFF'S RESPONSE**

_____
_____
_____